**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BIONTECH SE,<br><br>*Plaintiff and Counterclaim-Defendant,*<br><br>v.<br><br>MODERNATX, INC., MODERNA, INC. and MODERNA US, INC.,<br><br>*Defendants and Counterclaim-Plaintiffs.* | ) | Civil Action No. 26-cv-183-GBW<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' COUNTERCLAIMS, ANSWER, AND AFFIRMATIVE DEFENSES TO COMPLAINT**

**COUNTERCLAIMS**

Defendants/Counterclaim-Plaintiffs ModernaTX, Inc., Moderna, Inc., and Moderna US, Inc. (collectively, "Moderna") demand a trial by jury on all issues so triable and assert the following counterclaims against Plaintiff/Counterclaim-Defendant BioNTech SE ("BioNTech").

**INTRODUCTION**

1. Moderna brings these counterclaims in response to BioNTech's lawsuit, which improperly seeks to profit from Moderna's groundbreaking messenger RNA ("mRNA") next-generation domain-based vaccine (mNEXSPIKE®, also referred to as the mRNA-1283 vaccine) against COVID-19. Specifically, Moderna asks this Court to declare that Moderna's COVID-19 vaccine mNEXSPIKE® does not infringe BioNTech's asserted patent, and that the patent is invalid. This lawsuit will confirm that Moderna and its scientists, employees, and collaborators

are the true innovators in lifesaving mRNA COVID-19 vaccines, including next-generation domain-based vaccines. BioNTech played no role in Moderna's significant accomplishments. Rather, this lawsuit reflects nothing more than a failed attempt by BioNTech to cover Moderna's work after the fact.

2. In January 2020, just days after the genetic sequence for SARS-CoV-2 became known, Moderna developed the world's first mRNA vaccine against the virus and the disease that it causes (COVID-19). Moderna's vaccine, later known as Spikevax®, utilizes a full-length spike protein construct to induce a robust and durable immune response against the virus. Moderna's Spikevax® was the first such mRNA vaccine to reach the clinic. Moderna did so based on years of proprietary research and experience in studying and developing mRNA vaccines well before the pandemic struck. Spikevax®, however, was not the only mRNA COVID-19 vaccine developed by Moderna. In parallel, as Spikevax® advanced to authorization and approval, Moderna continued to innovate its mRNA COVID-19 platform to independently develop and bring to market its next-generation domain-based vaccine mNEXSPIKE®.

3. mNEXSPIKE® (mRNA-1283) utilizes a novel domain-based vaccine design. Instead of encoding for the entire spike protein of SARS-CoV-2 (as in Spikevax®), it encodes two domains—i.e., the N-terminal domain (NTD) and the receptor-binding domain (RBD). Moderna connects the NTD and RBD domains via a flexible peptide linker. To anchor this NTD-RBD correctly in the cell membrane so the immune system can recognize it, the mRNA sequence in mNEXSPIKE® encodes a transmembrane domain derived from the influenza virus hemagglutinin (HATM) protein. On May 30, 2025, the FDA approved mNEXSPIKE®. mNEXSPIKE® is still the only FDA approved domain-based mRNA vaccine for SARS-CoV-2 and the only approved

domain-based vaccine using any modality (mRNA or otherwise) for any betacoronavirus anywhere in the world.

4. While Moderna succeeded in developing a domain-based approach for a SARS-CoV-2 vaccine, BioNTech has not. Although BioNTech performed some initial testing on vaccine candidates based on domains of the SARS-CoV-2 spike protein, BioNTech's candidates involved a fundamentally different design compared to mNEXSPIKE®. On information and belief, BioNTech's domain-based vaccines had adverse effects that ultimately led BioNTech to abandon those vaccines in favor of pursuing only a vaccine to the full-length SARS-CoV-2 spike protein (like Moderna's Spikevax®).

5. To this day, BioNTech has not obtained approval from the United States Food & Drug Administration ("FDA") for any domain-based mRNA vaccine against SARS-CoV-2.

6. BioNTech's asserted U.S. Patent No. 12,133,899 (the "'899 patent") reflects the company's unsuccessful approach to a domain-based SARS-CoV-2 vaccine. Unlike Moderna's mNEXSPIKE® vaccine, which is premised on a chimeric NTD-RBD (from SARS-CoV-2) anchored with a transmembrane domain (from flu), the '899 patent only discloses vaccines that do not involve NTD or the transmembrane domain from flu. This is not surprising, as BioNTech never designed or tested a mRNA SARS-CoV-2 vaccine that included NTD and/or the transmembrane domain from flu.

7. Although it never did the work of designing or testing an mRNA vaccine like mNEXSPIKE®, BioNTech rewrote its patent claims in an effort to take credit for such work. After Moderna published its novel design of mRNA-1283 along with testing data showing higher immune response at a lower dose compared to Spikevax®, BioNTech amended the claims of the

application that ultimately led to the asserted patent in an unlawful effort to stretch its very different disclosure to reach Moderna's invention.

8. BioNTech's assertion that its supposed invention covers Moderna's mNEXSPIKE® vaccine is incorrect and impermissibly stretches the '899 patent. If read so broadly as to reach Moderna's very different mNEXSPIKE® vaccine, then BioNTech's '899 patent claims lack written description support and are not enabled by the limited disclosure in the specification.

9. Further, BioNTech's '899 patent claims are invalid in view of earlier work from Moderna and others that predate the purported effective filing date of the asserted patent.

10. BioNTech's lawsuit is ultimately a meritless attempt to claim success for work it never did. Moderna brings these counterclaims to ensure BioNTech may not improperly take credit for Moderna's own innovations or expand BioNTech's asserted patent beyond what it describes.

## THE PARTIES

11. Moderna, Inc. is a company organized and existing under the laws of the State of Delaware with a principal place of business at 325 Binney Street, Cambridge, Massachusetts 02142.

12. ModernaTX, Inc. is a company organized and existing under the laws of the State of Delaware with a principal place of business at 325 Binney Street, Cambridge, Massachusetts, 02142. ModernaTX, Inc. is a wholly-owned subsidiary of Moderna, Inc.

13. Moderna US, Inc. is a company organized and existing under the laws of the State of Delaware with a principal place of business at 5 Vaughn Drive, Princeton, New Jersey, 08540. Moderna US is a wholly-owned subsidiary of Moderna, Inc.

14. On information and belief, BioNTech is a corporation organized and existing under the laws of Germany, with its principal place of business at An der Goldgrube 12, 55131 Mainz, Germany.

**NATURE OF ACTION**

15. Moderna seeks declaratory judgment under the patent laws of the United States, 35 U.S.C. § 100 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq.*, that U.S. Patent No. 12,133,899 (the "'899 patent," available at D.I. 1-1, Ex. 1) is invalid and/or not infringed.

**JURISDICTION AND VENUE**

16. This Court has exclusive subject matter jurisdiction over these Counterclaims for declaratory judgment pursuant to 28 U.S.C. §§ 1331, 1332, 1338(a), 2201, and 2202 based on an actual controversy among the parties arising under the Patent Laws of the United States, 35 U.S.C. § 1, *et seq.*

17. This Court has personal jurisdiction over BioNTech at least because BioNTech has consented to the personal jurisdiction of the Court by commencing its action for patent infringement in this Judicial District, as set forth in its Complaint.

18. Venue in this Court is proper over BioNTech in this District pursuant to at least 28 U.S.C. §§ 1391 and 1400.

19. There is a real, immediate, and justiciable controversy among the parties concerning non-infringement and invalidity of the '899 patent. BioNTech has alleged that Moderna infringes one or more claims of the '899 patent.

# FACTUAL BACKGROUND

## I. Moderna's History of Innovation

### A. Moderna's Development of its mRNA Infectious Disease Vaccine Platform

20. Moderna was founded in 2010 with a mission to pioneer medicines based on mRNA, focusing on both therapeutics and vaccines. Moderna "set out to change the world and make mRNA medicines a reality for humanity" through substantial investment and years of research and development.[1]

21. Just sixteen years ago, messenger RNA ("mRNA") medicines were a new and unproven technology. From the beginning, Moderna recognized the transformative potential of mRNA technology even when many doubted it. mRNA is not a new technology, but Moderna discovered new ways to use it to treat and prevent illnesses and diseases.[2] Over the past sixteen years, Moderna has worked diligently in its laboratories to pioneer several fundamental breakthroughs in the field of mRNA technology. These discoveries span all aspects of mRNA medicines—from the characteristics and design of the mRNA itself and the protein it encodes, to the technologies to deliver mRNA to patients safely and effectively.

22. Built on that research, Moderna is developing medicines that could treat and prevent a wide range of diseases—from infectious diseases like influenza and HIV, to autoimmune and rare forms of cancer.

23. On this journey, Moderna faced significant scientific challenges as mRNA molecules are long, unstable, and cause undesirable immune reactions, making them difficult to work with. Discovering new ways to use mRNA required innovative solutions to ensure stability

---

[1] *Our story*, Moderna, Inc., https://www.modernatx.com/en-US/about-us/our-story (last visited May 19, 2026).

[2] *Our story*, Moderna, Inc., https://www.modernatx.com/en-US/about-us/our-story (last visited May 19, 2026).

and safe and effective delivery. Part of Moderna's foundational research included advancing the solution to one of the fundamental challenges with mRNA medicines—namely that the body's own immune system can recognize mRNA as a foreign substance and attack it. In 2010, Moderna scientists began studying new chemical modifications to the mRNA that could better avoid provoking an immune response. That work led to the discovery that mRNA molecules with a specific modification in which uridine is replaced with 1-methylpseudouridine were surprisingly superior to other chemically-modified mRNAs. A former top vaccine official at the U.S. Food and Drug Administration ("FDA") said that the chemical change Moderna pioneered is "the most important thing that people have done with mRNA vaccines."[3]

24. Moderna also invested heavily in the development of lipid nanoparticles, or LNPs, which serve as protective carriers for the modified mRNA. These advancements were critical to unlocking the lifesaving use of mRNA in vaccines.

25. Starting in 2015, Moderna initiated its first-in-human dose of an mRNA vaccine (mRNA-1440), an H10N7 flu vaccine candidate.[4] By 2017, Moderna initiated its first-in-human dosing for a combination vaccine to protect against both human metapneumovirus (hMPV virus) and parainfluenza virus.[5] Then, in 2019, Moderna announced dosing the first antibody-encoded mRNA in a clinical trial.[6] In short, since Moderna's founding in 2010, Moderna has been building the industry's leading mRNA technology platform. These building blocks and continuous

---

[3] Jon Cohen, *New Crop of mRNA Vaccines Aim for Accessibility*, 376 Science 120, 121 (2022), https://www.science.org/doi/epdf/10.1126/science.abq3935.
[4] *Our story*, Moderna, Inc., https://www.modernatx.com/en-US/about-us/our-story (last visited May 19, 2026).
[5] *Our story*, Moderna, Inc., https://www.modernatx.com/en-US/about-us/our-story (last visited May 19, 2026).
[6] *Our story*, Moderna, Inc., https://www.modernatx.com/en-US/about-us/our-story (last visited May 19, 2026).

innovation are what positioned Moderna to achieve its swift and life-saving development of vaccines during a global pandemic.

## B. Moderna's Betacoronavirus Vaccine Preparedness Platform

26. Beginning in the mid-2010s, Moderna's infectious-disease group focused on building a betacoronavirus mRNA vaccine platform that could be used as a rapid-response system for future betacoronavirus outbreaks. Around 2014, when MERS emerged as a serious betacoronavirus threat with a high fatality rate, Moderna identified MERS as an ideal prototype for pandemic preparedness. Scientists at Moderna pursued the then-unproven idea of using nucleoside-modified mRNA formulated in lipid nanoparticles to deliver a large, full-length coronavirus spike protein, reasoning that a successful MERS vaccine could establish a broader blueprint for other betacoronaviruses.

27. Moderna tested its MERS mRNA-LNP vaccine preclinically *in vivo*. Those studies produced striking results: the modified mRNA-LNP vaccines elicited strong neutralizing antibody immune responses and provided complete protection against viral challenge. At a time when there was substantial skepticism that an mRNA-LNP vaccine could work for infectious disease—particularly using a full-length spike protein which experts in the field believed could counterintuitively *enhance* disease caused by a betacoronavirus—those data gave Moderna confidence that it had not merely a MERS vaccine candidate, but a workable betacoronavirus platform. Moderna successfully obtained patents claiming its novel betacoronavirus mRNA-LNP vaccine platform.[7] During prosecution of BioNTech's asserted patent, Moderna's betacoronavirus platform vaccine patent family was used by the examiner as an anticipatory reference.[8]

---

[7] *E.g.*, U.S. Patent No. 10,702,600 (filed Feb. 28, 2020); U.S. Patent No. 10,933,127 (filed May 21, 2020).
[8] PCT Publication No. WO 2017/070626.

28. That betacoronavirus mRNA-LNP platform then guided the company's broader pandemic-preparedness efforts going forward. When SARS-CoV-2 emerged, Moderna did exactly what this preparedness program had been built to enable: it pivoted from the prototype viruses to the new outbreak pathogen, using years of prior work on betacoronavirus full-length spike vaccines as the foundation for a rapid response.

### C. Moderna's Development of Spikevax®

29. The SARS-CoV-2 virus, which can cause COVID-19, was first detected in December 2019. On January 10, 2020, the genetic sequence of the SARS-CoV-2 virus became public. Leveraging its decade of research and proprietary technologies, Moderna quickly responded when the pandemic struck, swiftly developing, manufacturing, and providing doses of Spikevax® to people around the world. Spikevax®, also referred to as the mRNA-1273 vaccine, uses Moderna's proprietary modified mRNA-LNP delivery technology and betacoronavirus preparedness platform, which Moderna developed and described years earlier, to deliver an mRNA for the full-length SARS-CoV-2 spike protein. For that groundbreaking work, Moderna's scientists were honored by the American Chemistry Society's 2022 Heroes of Chemistry Award, the highest honor for industrial chemical scientists, recognizing their "work developing formulations that protect against ... COVID-19."[9]

30. Following the declaration of a public health emergency in early 2020, others were predicting that vaccine development could take years. But, based on its prior pandemic preparedness work, Moderna rose to the occasion and, on March 16, 2020, its Spikevax® COVID-

[9] Nina Notman, *ACS names its 2022 Heroes of Chemistry*, Chemical & Engineering News (July 25, 2022), https://cen.acs.org/people/awards/ACS-names-2022-Heroes-Chemistry/100/web/2022/07.

19 vaccine was the first COVID-19 vaccine to be administered to a human patient in clinical trials, just two months after the genetic sequence for the virus that causes COVID-19 was published.

31. Moderna received emergency use authorization for Spikevax® in the U.S. from the FDA on December 16, 2020, less than a year after beginning development. On January 31, 2022, Moderna received full approval from the FDA for its Biologics License Application for Spikevax®.[10]

32. BioNTech also developed an mRNA vaccine for COVID-19, in collaboration with its partner Pfizer, marketed under the brand name Comirnaty®. Comirnaty® uses the technology Moderna developed.[11] BioNTech and Pfizer took four different candidates into clinical testing, including options using unmodified mRNA and domain-based candidates using RBD linked to fibritin (a protein from bacteriophage T4). On July 27, 2020, after Moderna's Spikevax® design and strong data were published[12], BioNTech and Pfizer announced they had chosen to advance a single COVID-19 vaccine candidate called "BNT162b2" to Phase II/III clinical trial – that vaccine is Comirnaty® and uses, without authorization, Moderna's mRNA-LNP platform with a full-length spike protein design.

**D. Moderna's Development of mNEXSPIKE®**

33. Moderna did not rest on the success of Spikevax®. As early as January to February 2020, Moderna scientists had already begun discussing and designing approaches to potential domain-based SARS-CoV-2 vaccines, including a construct based on RBD linked to a

---

[10] Colleen Hussey, *Moderna Receives Full U.S. FDA Approval for COVID-19 VaccineSPIKEVAX*, https://s29.q4cdn.com/435878511/files/doc_news/2022/01/31/Moderna-Receives-Full-U.S.-FDA-Approval-for-COVID-19-Vaccine-Spikevax-2022.pdf.

[11] Ex. 1 (*ModernaTX, Inc., et al v. Pfizer Inc., et al*, 22-11378-RGS, Dkt. 1 (D. Mass. Aug. 26, 2022)).

[12] Ex. 2 (L.A. Jackson, et al., *An mRNA Vaccine against SARS-CoV-2—Preliminary Report*, 383:20 N. Eng. J. Med. 1920 (2020)).

transmembrane domain. Between around April and June 2020, Moderna obtained results from testing various domain-based vaccine candidates. Moderna identified one candidate, mRNA-1283, as particularly promising and decided to move forward with clinical testing of that candidate as a potential next-generation domain-based SARS-CoV-2 vaccine.

34. Rather than using an mRNA encoding the full-length spike protein (as in Spikevax®), mRNA-1283 is based on a chemically-modified mRNA encoding certain specific domains of both SARS-CoV-2 spike protein and of influenza virus hemagglutinin protein—the N-Terminal Domain ("NTD") of spike is linked to the Receptor Binding Domain ("RBD") of spike and the RBD is in turn linked with the influenza hemagglutinin transmembrane ("HATM").

35. While Moderna tested several other domain-based vaccine candidates through the early months of 2020, Moderna recognized that mRNA-1283, with its specific combination of domains from different viruses, was showing the most promise and decided to advance it to clinical trials. mRNA-1283 entered clinical trials on March 11, 2021.[13] Moderna publicly disclosed its innovative domain-based approach in various published references.[14]

36. On September 30, 2024, Moderna submitted a Biologics License Application ("BLA") based on the successful outcome of the mRNA-1283 clinical trials.[15] On May 30, 2025, the FDA approved mRNA-1283, under the brand name mNEXSPIKE®, for individuals 65 years

[13] *A Study to Evaluate Safety, Reactogenicity, and Immunogenicity of mRNA-1283 and mRNA-1273 Vaccines in Healthy Adults Between 18 Years and 55 Years of Age to Prevent COVID-19 (NCT04813796)*, ClinicalTrials.gov (Aug. 1, 2023), https://clinicaltrials.gov/study/NCT04813796?term=NCT04813796&viewType=Card&rank=1.

[14] *Id.*; *see also* Ex. 3 (Guillaume B.E. Stewart-Jones et al., *Domain-based mRNA Vaccines Encoding Spike Protein N-terminal and Receptor Binding Domains Confer Protection Against SARS-CoV-2*, 15:713 Sci. Transl. Med. (Sept. 13, 2023)).

[15] *Summary Basis for Regulatory Action*, FDA.gov, (May 30, 2025) https://www.fda.gov/media/187164/download.

old or older, and individuals between 12 and 64 years old at high risk for severe outcomes from COVID-19.[16]

37. Since its approval, mNEXSPIKE® has seen remarkable success, accounting for approximately 24 percent of all 2025 U.S. retail COVID-19 vaccinations and approximately one-third of retail COVID-19 vaccinations in adults aged 65 years and older.[17] mNEXSPIKE® has improved stability[18] and elicits higher immune responses at lower doses (10 µg) compared to Spikevax® (50 µg).[19] mNEXSPIKE® was the first, and to this day remains the only, FDA approved domain-based mRNA vaccine for SARS-CoV-2, and the only domain based vaccine using any modality (mRNA or otherwise) for any betacoronavirus.

## II. BioNTech's '899 Patent

### A. The '899 Patent Is Focused on Different Domain-Based Vaccine Candidates than mNEXSPIKE®

38. While Moderna was developing the next-generation domain-based vaccine candidate that became mNEXSPIKE®, BioNTech went in a different direction. Unlike the protein design in mNEXSPIKE® which links the NTD of the spike protein to an RBD of the spike protein and in turn to a non-SARS-CoV-2 transmembrane domain (i.e., HATM from influenza), BioNTech tested constructs encoding a part of RBD of spike protein, without the NTD of spike

---

[16] *Summary Basis for Regulatory Action*, FDA.gov, (May 30, 2025) https://www.fda.gov/media/187164/download.

[17] Moderna, Inc., Definitive Proxy Statement (Schedule 14A) (Mar. 16, 2026) https://www.sec.gov/Archives/edgar/data/1682852/000130817926000081/mrna-courtesy-pdf.pdf.

[18] Ex. 3 (Guillaume B.E. Stewart-Jones et al., *Domain-based mRNA Vaccines Encoding Spike Protein N-terminal and Receptor Binding Domains Confer Protection Against SARS-CoV-2*, 15:713 Sci. Transl. Med. (Sept. 13, 2023)).

[19] Ex. 4 (Spyros Chalkias, et al., *Efficacy, immunogenicity, and safety of a next-generation mRNA-1283 COVID-19 vaccine compared with the mRNA-1273 vaccine (NextCOVE): results from a phase 3, randomized, observer-blind, active-controlled trial*, 25.11 The Lancet Infectious Diseases 1230, 1240 25.11 (2025)).

protein and without HATM from influenza, but instead linked its RBD portion to a specific trimerization domain called fibritin (a protein from bacteriophage T4). It also designed and tested its RBD portion linked to fibritin, which was additionally linked to a TM domain from the SARS-CoV-2 spike protein.

39. The ’899 patent includes no disclosure relating to any domain-based construct that includes (1) NTD or (2) a non-SARS-CoV-2 TM domain (let alone one from influenza).

40. On information and belief, BioNTech closely monitored Moderna’s research and publications regarding its domain-based vaccine progress. For example, on information and belief, BioNTech was aware that mRNA-1283 entered clinical trials on March 11, 2021.

41. Although the specification of the ’899 patent focuses on very different domain-based vaccines to mNEXSPIKE®, on information and belief, BioNTech decided to seek an unearned windfall off of the back of Moderna’s efforts. On August 21, 2024, and only after Moderna published promising results with mRNA-1283, BioNTech amended the claims of the pending ’899 patent in an improper attempt to cover Moderna’s successful mNEXSPIKE® vaccine.

42. The ’899 patent was eventually granted on November 5, 2024, months after Moderna had already submitted its BLA for mNEXSPIKE®.[20]

**B. The Technology Described in the ’899 Patent Was Known in the Field**

43. Numerous prior art references disclosed RBD domain-based approaches to betacoronavirus vaccines anticipating or rendering obvious the scope of the broad ’899 patent claims prior to the earliest possible effective filing date of the ’899 patent.

[20] The BLA for mNEXSPIKE® was submitted to the FDA on Sept. 30, 2024. *Summary Basis for Regulatory Action*, FDA.gov (May 30, 2025), https://www.fda.gov/media/187164/download.

44. While BioNTech argued during prosecution of the ’899 patent that linking a portion of RBD to another domain was a novel idea, these arguments were misleading at best.[21] For example, the prior art reflected successful design and testing of numerous RBD domain-based vaccines, including ones that linked RBD to a trimerization domain and/or transmembrane domain across various vaccine modalities, including RNA, DNA, protein, among others; and across various betacoronaviruses, including SARS-CoV-2 and MERS. BioNTech was aware of such prior art.

45. BioNTech has taken the position that years before 2020 a skilled artisan reasonably would have expected that an mRNA vaccine would induce an immune response based on the results from non-mRNA vaccines, like DNA and saRNA, encoding the same antigen. BioNTech has stated that “a POSA would reasonably expect that Schrum’s mRNA vaccine [(i.e. Moderna’s U.S. Patent App. Publication 2013/0266640)] could encode and express a betacoronavirus S protein” and “the prior art [(as of 2015)]… discloses that S protein-based vaccines induce an immune response—***in multiple vaccine modalities and against at least two betacoronaviruses***” (emphasis added).[22] BioNTech failed to disclose to the examiner during prosecution of the ’899 patent the materially inconsistent positions it had taken in other proceedings.

**C. BioNTech’s Attempts to Commercialize a Domain-Based Vaccine Failed**

46. BioNTech initially explored a domain-based vaccine in parallel with testing a full-length spike vaccine. On April 23, 2020, BioNTech supported by its partner Pfizer, entered phase 1/2 clinical trials with both a full-length construct (BNT162b2) and a construct linking an RBD

[21] Ex. 5 (Excerpted ’899 Patent File History, Applicant Amendment/Remarks dated August 21, 2024 at 9-13).
[22] Ex. 6 (*BioNTech SE & Pfizer Inc. v. ModernaTX, Inc.*, IPR2023-01359, Paper 60 (Petitioner’s Reply)) at 20-21; *see also* Ex. 7 (*ModernaTX, Inc. v. BioNTech SE*, C.A. No. 25-01756 (Fed. Cir.), Resp. Br. at 43) (“Schrum (Moderna’s own prior publication) explains how the teachings of one vaccine modality would have been relevant to a POSA developing another type of vaccine.”).

portion to fibritin from bacteriophage T4 (BNT12b1), along with two other clinical candidates (a self-amplifying RNA vaccine and an RBD portion vaccine with unmodified uridine).[23] On September 9, 2020, BioNTech and Pfizer began a clinical trial for another domain-based vaccine candidate, utilizing mRNA encoding an RBD portion linked to fibritin (bacteriophage T4), in turn linked to SARS-CoV-2 transmembrane domain, in turn linked to a truncated cytoplasmic domain (BNT162b3).[24]

47. Neither of these domain-based candidates ultimately panned out for BioNTech. On July 27, 2020, BioNTech and Pfizer announced that they had chosen to advance a single COVID-19 vaccine candidate, BNT162b2 encoding the full-length spike, to Phase II/III clinical trial.[25] BNT162b2 was eventually FDA authorized and approved as Comirnaty®.

48. On information and belief, BioNTech and Pfizer decided to advance the full-length spike protein vaccine over BNT162b1, encoding RBD portion linked to fibritin, because this domain vaccine was more reactogenic.[26]

49. BioNTech's very different ideas for a domain-based vaccine as compared to Moderna's did not prove successful. On information and belief, BioNTech has abandoned any

---

[23] *A Trial Investigating the Safety and Effects of Four BNT162 Vaccines Against COVID-19 in Healthy and Immunocompromised Adults (NCT04380701)*, ClinicalTrials.gov (July 12, 2024), https://clinicaltrials.gov/study/NCT04380701?term=NCT04380701&viewType=Card&rank=1; Ex. 8 (Frank van den Ouweland, et al., *Safety and reactogenicity of the BNT162b2 COVID-19 vaccine: Development, post-marketing surveillance, and real-world data*, 20:1 Human Vaccines & Immunotherapeutics (2024)).
[24] Ex. 9 (Annette B. Vogel, et al., *Strong and early immune responses against SARSCoV-2 in mice and rhesus macaques after BNT162b3 vaccination*, 11:10 NPJ Vaccines 1 (2026)).
[25] *Pfizer and BioNTech Choose Lead mRNA Vaccine Candidate Against COVID-19 and Commence Pivotal Phase 2/3 Global Study*, BioNTech Newsroom (July 27, 2020), https://investors.biontech.de/news-releases/news-release-details/pfizer-and-biontech-choose-lead-mrna-vaccine-candidate-against.
[26] Ex. 10 (Edward. E. Walsh, et al., *Safety and Immunogenicity of Two RNA-Based Covid-19 Vaccine Candidates*, 383:25 N. Eng. J. Med. at 2439 (2020)).

efforts to further develop and obtain regulatory approval for any of its domain-based vaccine ideas disclosed in the ’899 patent. And, on information and belief, to this day, BioNTech has not sought or obtained regulatory approval for any domain-based SARS-CoV-2 vaccine of any kind or, in fact, any next generation SARS-CoV-2 vaccine following Comirnaty®.

## COUNT I
## DECLARATORY JUDGMENT OF INVALIDITY AND/OR UNENFORCEABILITY OF THE ’899 PATENT

50. Moderna repeats and realleges paragraphs 1-49 above as if fully stated herein.

51. BioNTech has brought claims against Moderna alleging infringement of “one or more claims” of the ’899 patent.

52. Moderna alleges that the claims of the ’899 patent are invalid for failing to comply with the statutory prerequisites of Title 35 of the United States Code, including without limitation one or more of one or more of §§ 101, 102, 103, and/or 112, and/or any judicially created requirements for patentability and enforceability of patents, including obviousness type double patenting, and/or in view of the defenses recognized in 35 U.S.C. § 282.

53. For example, with respect to §§ 102 and 103, the claims of the ’899 patent are invalid in view of prior work in the field, including prior art patents and printed publications disclosing and/or rendering obvious the claimed SARS-CoV-2 mRNA vaccines based on domains of the spike protein.

54. For example, before the effective filing date, the prior art reflected design and testing of numerous RBD domain-based vaccines, including ones that linked RBD to a trimerization domain and/or transmembrane domain.

55. As a further example, with respect to § 112, the claims of the ’899 patent, as stretched to reach Moderna’s mNEXSPIKE® vaccine, are invalid for lack of written description support, lack of enablement, and/or indefiniteness.

56. Moderna is entitled to a declaratory judgment from this Court that each asserted claim of the ’899 patent is invalid.

**COUNT II**
**DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE ’899 PATENT**

57. Moderna repeats and realleges paragraphs 1-56 above as if fully stated herein.

58. BioNTech has brought claims against Moderna alleging infringement of “one or more claims” of the ’899 patent.

59. Moderna and its product mNEXSPIKE® has not infringed, is not infringing, and will not infringe any valid claim of the ’899 patent, willfully or otherwise, directly or indirectly, either literally or by application of the doctrine of equivalents. For example, Moderna’s mNEXSPIKE® does not practice the limitations “wherein the polypeptide comprises: (a) one or more fragments of a SARS-CoV-2 Spike (S) protein, wherein one of the fragments comprises a receptor binding domain (RBD) … (c) one or more additional domains selected from a trimerization domain, a transmembrane domain, and a combination thereof” in independent claim 1 of the ’899 patent.

60. Moderna is entitled to a declaratory judgment that Moderna and its product mNEXSPIKE® has not, does not, and will not infringe, either directly or indirectly, and has not infringed, either directly or indirectly, any valid claim of the ’899 patent, either literally or under the doctrine of equivalents.

**ATTORNEYS’ FEES**

61. This is an exceptional case entitling Moderna to an award of their attorneys’ fees incurred in connection with this action pursuant to 35 U.S.C. § 285.

## DEMAND FOR JURY TRIAL

62. Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Moderna hereby respectfully requests a jury trial on all issues and claims so triable.

## ANSWER TO COMPLAINT

Defendants ModernaTX, Inc., Moderna, Inc., and Moderna US, Inc. (collectively, "Moderna") hereby answer and respond to the Complaint of Plaintiff BioNTech SE ("BioNTech") (D.I. 1), as follows:

## INTRODUCTION[27]

1. BioNTech is a household name for its central role in combating the COVID-19 pandemic. In partnership with Pfizer, BioNTech delivered the first-ever vaccine for COVID-19 – and the first mRNA vaccine ever approved by the FDA: COMIRNATY®. Since its launch, over five billion doses of COMIRNATY® have been distributed globally, saving millions of lives. In order to meet the critical and immediate demands of the pandemic, BioNTech prioritized COMIRNATY®'s development. But, even at the outset of its pandemic efforts, BioNTech conceived of alternative advanced technologies for fighting COVID-19 disease; indeed, it successfully tested that technology in early-stage clinical trials alongside COMIRNATY® and obtained a patent for it. This action is based on BioNTech's patented COVID-19 vaccine technology, which Moderna is using without permission in its mNEXSPIKE® vaccine.

**ANSWER:** Moderna denies that it is using BioNTech's patented COVID-19 vaccine technology without permission in its mNEXSPIKE® vaccine. Moderna also denies that BioNTech delivered the first-ever vaccine for COVID-19. Moderna further denies that BioNTech conceived of alternative advanced technologies for fighting COVID-19 disease and successfully tested that technology in early-stage clinical trials alongside COMIRNATY®. Moderna lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 1 and on that basis denies them.

2. Key to BioNTech's patented technology is the philosophy that less is more. COMIRNATY® presents to the body's immune system the complete "spike protein" of the SARS-CoV-2 virus that causes COVID-19, in order to protect against later infection by the virus. BioNTech discovered that a ***streamlined*** vaccine design, focusing on select ***domains*** of the spike protein, triggers an equally strong immune response to that of the complete spike protein. This ***streamlined***, ***domain-based*** vaccine includes mRNA for making the receptor binding domain ("RBD") of the spike protein, along with a "trimerization domain" and/or a "transmembrane domain," and a "secretory signal." This vaccine mimics features of the virus's full-length spike

[27] Moderna utilizes the headings from the Complaint for convenience but does not admit or adopt the contends of the headings.

protein, bolstering a robust immune response and protection against later infection by the virus. Compared to vaccines that feature a full-length spike protein, BioNTech's innovative vaccine can be given to patients at a ***lower dose***, and is ***more stable*** during storage and transport.

**ANSWER:** Moderna admits that COMIRNATY® presents to the body's immune system the complete spike protein of the SARS-CoV-2 virus that causes COVID-19, in order to protect against later infection by the virus. Moderna denies that BioNTech discovered that a streamlined vaccine design, focusing on select domains of the spike protein, triggers an equally strong immune response to that of the complete spike protein. With respect to the first sentence of Paragraph 2, Moderna lacks the knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. Moderna denies the allegations in the last sentence of Paragraph 2. Further, Moderna further notes that BioNTech has not sought or obtained regulatory approval for any domain-based SARS-CoV-2 vaccine of any kind or, in fact, any next generation SARS-CoV-2 vaccine following Comirnaty®. The remaining sentences in Paragraph 2 consist of a characterization of the science and technology that Plaintiff appears to recite as background, or in an attempt to engage in premature expert discovery and/or claim construction, and to which no response is required. To the extent that a response is required, Moderna denies these remaining allegations of Paragraph 2.

3. Innovation is at the heart of BioNTech's mission. For decades, researchers overlooked the use of mRNA to treat disease – mRNA was considered too unstable for drug development. Starting in the mid-1990s, BioNTech's co-founders (Prof. Ugur Sahin, M.D. and Prof. Özlem Türeci, M.D.) bucked conventional approaches and focused their research on mRNA; over the next few decades, they discovered technological breakthroughs harnessing its potential to treat infectious disease and save lives. Today, BioNTech is recognized as a global leader in mRNA therapeutics, collaborating on cutting-edge technologies with companies like Pfizer, Genentech, Regeneron and others. And BioNTech continues to innovate, spending over $1 billion on mRNA research and development in 2024 alone. BioNTech's pipeline extends well beyond COVID-19 vaccines, seeking to transform the prevention of a wide range of infectious diseases, such as malaria, tuberculosis, and HIV, and treatment of myriad cancers, with a wide range of technologies in addition to mRNA.

**ANSWER:** Moderna admits that for decades, researchers overlooked the use of mRNA to treat disease—mRNA was considered too unstable for drug development. With respect to the remaining sentences of Paragraph 3, Moderna lacks the knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

4. BioNTech's intellectual property portfolio is critical to protecting and sustaining its current and future research and development. For BioNTech's breakthrough discovery of its streamlined, domain-based COVID-19 vaccine technology, BioNTech sought and obtained a patent protecting its invention: U.S. Patent No. 12,133,899 (the "'899 Patent") (attached hereto as Ex. 1).

**ANSWER:** With respect to the second sentence of Paragraph 4, Moderna admits that BioNTech sought and obtained the '899 patent. Moderna denies the remaining allegations in the second sentence of Paragraph 4. With respect to the first sentence of Paragraph 4, Moderna lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 4 and on that basis denies them.

5. Moderna's mNEXSPIKE® vaccine exploits BioNTech's streamlined, domain-based COVID-19 vaccine technology claimed and protected by the '899 Patent. Moderna specifically touts ***BioNTech's*** invention as mNEXSPIKE®'s major advancement over its prior vaccine, SPIKEVAX®: mNEXSPIKE® is a "***streamlined*** vaccine design aim[ed] to target key parts of the spike protein rather than the entire spike protein, and at a ***lower dose***." *See, e.g.,* Ex. 2 (Moderna June 3, 2025 Blog) at 2 (emphases added). Just as claimed in the '899 Patent, the domain-based mNEXSPIKE® vaccine contains the RBD (receptor binding domain) of the spike protein, a secretory signal peptide, and a transmembrane domain that mimics the presentation of a full-length spike protein to the immune system. Even though Moderna practices BioNTech's '899 Patent, Moderna has not sought a license from BioNTech. And even though Moderna refers to mNEXSPIKE® as its "Next Generation COVID-19 Vaccine" and touts its immune response at a low dose and improved stability, it has yet to compensate BioNTech for inventing the technology underlying that vaccine. *See* Ex. 3 (Stewart-Jones 2023) at 9 ("[mNEXSPIKE®] shows promise as a vaccine that can elicit robust immune responses at low doses and potentially can be stored considerably longer"); Ex. 4 (SPIKEVAX® label) at 78 ("After thawing, SPIKEVAX may be stored refrigerated between 2°C to 8°C (36°F to 46°F) for ***up to 60 days*** . . . . After thawing, SPIKEVAX may be stored between 8ºC to 25ºC (46ºF to 77ºF) for ***up to 12 hours***.") (emphases added); Ex. 5 (mNEXSPIKE® label) at 33 ("After thawing, MNEXSPIKE may be stored refrigerated between 2ºC to 8ºC (36ºF to 46ºF) for ***up to 90 days*** . . . . After thawing, MNEXSPIKE may be stored between 8ºC to 25ºC (46ºF to 77ºF) for ***up to 24 hours***.") (emphases added).

**ANSWER:** Moderna denies that it practices BioNTech's '899 patent and that the domain-based mNEXSPIKE® vaccine is "just as claimed in the '899 Patent." Moderna also denies that Moderna's mNEXSPIKE® vaccine exploits BioNTech's "streamlined," domain-based COVID-19 vaccine technology claimed and protected by the '899 Patent. Moderna denies the allegations in the second and fifth sentences of Paragraph 5.[28] BioNTech never approached Moderna about licensing the '899 patent, but in any event, Moderna does not need a license to BioNTech's '899 patent because it is not infringed, invalid and/or unenforceable and thus Moderna admits that it has not sought a license from BioNTech. Moderna admits that it refers to mNEXSPIKE® as its "Next Generation COVID-19 Vaccine" and that mNEXSPIKE® demonstrated an immune response at a low dose and improved stability. The remaining allegations of Paragraph 5 consist of a characterization of the science and technology that Plaintiff appears to recite as background, or in an attempt to engage in premature expert discovery and/or claim construction, and to which no response is required. To the extent that a response is required, the documents cited in paragraph 5 speak for themselves.

6. Moderna has already profited and will continue to profit from its unauthorized and unlicensed use of BioNTech's streamlined, domain-based COVID-19 vaccine technology. Moderna reports $1.168 billion in sales of its COVID-19 vaccines through the third quarter of 2025, with mNEXSPIKE® expected to account for 55% of COVID-19 vaccines sold by Moderna in the 2025-2026 respiratory virus season. Ex. 6 (Moderna Third Quarter 2025 10-Q) at 13, 34; Ex. 7 (Moderna Third Quarter 2025 Financial Results) at 13; *see also* Ex. 13 (Moderna February 13, 2026 Press Release) at 2 ("Total revenue for the full year 2025 was $1.9 billion . . . with the majority generated from COVID vaccine sales . . . .").

**ANSWER:** With respect to the first sentence of Paragraph 6, Moderna denies that it has already profited and will continue to profit from its unauthorized and unlicensed use of BioNTech's domain-based COVID-19 vaccine technology. Moderna states that the documents

---

[28] For purposes of sentence numbering, Moderna excludes standalone citation sentences.

cited in Paragraph 6 speak for themselves. Moderna otherwise denies the allegations in Paragraph 6.

7. BioNTech brings this suit so that it can be compensated with monetary damages for Moderna's deliberate and willful infringement of the '899 Patent.

**ANSWER:** Paragraph 7 consists of conclusions of law to which no response is required. To the extent a response is required, Moderna denies the allegations of Paragraph 7.

**NATURE OF THIS ACTION**

8. This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 100 *et seq.*, seeking damages for Moderna's infringing manufacture, use, sale, marketing, offer for sale, and/or importation of its mNEXSPIKE® product.

**ANSWER:** Moderna admits that BioNTech has asserted claims under the patent laws of the United States, but denies that it engages in any infringing manufacture, use, sale, marketing, offer for sale, and/or importation of its mNEXSPIKE® product and denies that BioNTech is entitled to any relief.

9. On November 5, 2024, the United States Patent and Trademark Office duly and legally issued the '899 Patent, titled "Coronavirus Vaccine." The '899 Patent lists BioNTech as the assignee. The '899 Patent claims BioNTech's streamlined, domain-based vaccine technology for COVID-19.

**ANSWER:** Moderna admits that on November 5, 2024, the United States Patent and Trademark Office issued the '899 Patent, titled "Coronavirus Vaccine," that the '899 Patent list BioNTech as the assignee. Moderna denies the remaining allegations of Paragraph 9.

10. As alleged herein, Moderna's manufacturing, use, sale, marketing, offer for sale, and/or importation of mNEXSPIKE® directly infringed and continues to directly infringe, actively induced and continues to actively induce infringement of, and contributorily infringed and continues to contributorily infringe, one or more claims of the '899 Patent. At all relevant times, BioNTech has lawfully owned, and continues to lawfully own, all substantial rights, title, and interest in the '899 Patent, including the right to sue and recover for past infringement.

**ANSWER:** Moderna lacks knowledge and information sufficient to form a belief as to the truth of the allegations regarding BioNTech's lawful ownership of the '899 patent and on that basis denies them. Moderna denies the remaining allegations of Paragraph 10.

**THE PARTIES**

11. BioNTech SE is a corporation organized and existing under the laws of Germany, with its principal place of business at An der Goldgrube 12, 55131 Mainz, Germany.

**ANSWER:** Upon information and belief and based on BioNTech's Complaint, Moderna admits the allegations of Paragraph 11.

12. Upon information and belief, Defendant ModernaTX is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 200 Technology Square, Suite 300, Cambridge, MA 02139. ModernaTX is a wholly-owned subsidiary of Moderna Inc.

**ANSWER:** With respect to the first sentence of Paragraph 12, Moderna admits that ModernaTX is a Delaware corporation but denies that its principal place of business is at 200 Technology Square, Cambridge, Massachusetts 02139. With respect to the second sentence of Paragraph 12, Moderna admits that ModernaTX, Inc. is a wholly owned subsidiary of Moderna, Inc.

13. Upon information and belief, Defendant Moderna US is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 200 Technology Square, Suite 300, Cambridge, MA 02139. Moderna US is a wholly-owned subsidiary of Moderna Inc.

**ANSWER:** With respect to the first sentence of Paragraph 12, Moderna admits that Moderna US, Inc. is a Delaware corporation but denies that its principal place of business is at 200 Technology Square, Cambridge, Massachusetts 02139. With respect to the second sentence of Paragraph 12, Moderna admits that Moderna US, Inc. is a wholly owned subsidiary of Moderna, Inc.

14. Upon information and belief, Defendant Moderna Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 325 Binney Street, Cambridge, Massachusetts 02142.

**ANSWER:** Moderna admits the allegations of paragraph 14.

## JURISDICTION AND VENUE

15. This Court has subject matter jurisdiction in this case pursuant to 28 U.S.C. §§ 1331, 1338(a).

**ANSWER:** Paragraph 15 consists of conclusions of law to which no response is required. To the extent a response is required, Moderna does not contest that the Court has subject matter jurisdiction over BioNTech's claims.

16. This Court has personal jurisdiction over ModernaTX because, *inter alia*, ModernaTX is a Delaware corporation.

**ANSWER:** Paragraph 16 consists of conclusions of law to which no response is required. To the extent a response is required, Moderna does not contest that the Court has personal jurisdiction over ModernaTX for the purpose of this action.

17. This Court has personal jurisdiction over Moderna US because, *inter alia*, Moderna US is a Delaware corporation.

**ANSWER:** Paragraph 17 consists of conclusions of law to which no response is required. To the extent a response is required, Moderna does not contest that the Court has personal jurisdiction over Moderna US for the purpose of this action.

18. This Court has personal jurisdiction over Moderna Inc. because, *inter alia*, Moderna Inc. is a Delaware corporation.

**ANSWER:** Paragraph 18 consists of conclusions of law to which no response is required. To the extent a response is required, Moderna does not contest that the Court has personal jurisdiction over Moderna, Inc. for the purpose of this action.

19. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400 because Defendants ModernaTX, Moderna US, and Moderna Inc. are entities organized and existing under the laws of the State of Delaware and therefore reside in Delaware for purposes of venue.

**ANSWER:** Paragraph 19 consists of conclusions of law to which no response is required. To the extent a response is required, Moderna does not contest that venue is proper in this District for purpose of this action.

20. Defendants ModernaTX, Moderna US, and Moderna Inc. have consented to this Court as a proper venue, and have asserted counterclaims in this Court, in other litigations including in *Alnylam Pharmaceuticals, Inc. v. Moderna, Inc. et al.*, C.A. No. 22-355-CFC and *Alnylam Pharmaceuticals, Inc. v. Moderna, Inc. et al.*, C.A. No. 23-580-CFC, and Defendants Moderna Inc. and ModernaTX have also consented to this Court as a proper venue, and have asserted counterclaims in this Court, in *Arbutus Biopharma Corp. et al. v. Moderna, Inc. et al.*, C.A. No. 22-252-MSG.

**ANSWER:** Paragraph 20 consists of conclusions of law to which no response is required. To the extent a response is required, Moderna does not contest venue for purpose of this action and that it has previously asserted counterclaims in this Court.

## FACTUAL BACKGROUND

### III. The SARS-CoV-2 Virus and COVID-19

21. COVID-19 triggered an unprecedented global pandemic, causing the deaths of at least three million people globally by the end of 2020 alone.

**ANSWER:** Moderna admits the allegations of Paragraph 21.

22. COVID-19 is a disease marked by serious short- and long-term medical complications, and even death. Short-term symptoms include fever, chills, cough, shortness of breath, fatigue, headache, loss of taste and smell, and congestion. Long-term effects include extreme fatigue, "brain fog," fast or irregular heartbeat, sleep problems, and issues with taste or smell.

**ANSWER:** Moderna admits the allegations of Paragraph 22.

23. SARS-CoV-2 is the virus that causes COVID-19. Infection by SARS-CoV-2 is mediated by "spike proteins" – spike-like projections covering the surface of the virus.




**ANSWER:** The image in Paragraph 23 consists of a characterization of the science or technology that Plaintiff appears to recite as background, or in an attempt to engage in premature expert discovery and/or claim construction, and to which no response is required. To the extent a response is required, the image speaks for itself. Moderna otherwise denies the allegations in Paragraph 23.

24. The spike proteins bind to a person's cells, which leads to the virus entering into and infecting the cells.




**ANSWER:** The image in Paragraph 24 consists of a characterization of the science or technology that Plaintiff appears to recite as background, or in an attempt to engage in premature expert discovery and/or claim construction, and to which no response is required. To the extent a

response is required, the image speaks for itself. Moderna otherwise denies the allegations in Paragraph 24.

**IV. mRNA Vaccines**

25. Vaccines safely mimic aspects of an infection by a virus and train the body's immune system to recognize and attack the virus. In this way, the body is protected against subsequent infection by the virus.

**ANSWER:** Moderna admits the allegations of Paragraph 25.

26. Prior to the COVID-19 pandemic, approved vaccines included inactivated (killed) virus vaccines (e.g., polio vaccine), live attenuated (weakened) virus vaccines (e.g., chicken pox vaccine) and protein vaccines (e.g., meningitis B and HPV vaccines). With the outbreak of COVID-19, many companies tried to use those conventional approaches to bring a COVID-19 vaccine to market, but the development was slow, challenging, and in most cases, unsuccessful.

**ANSWER:** Moderna admits that, prior to the COVID-19 pandemic, approved vaccines included inactivated (killed) virus vaccines (e.g., polio vaccine), live attenuated (weakened) virus vaccines (e.g., chicken pox vaccine) and protein vaccines (e.g., meningitis B and HPV vaccines). Moderna further states that Moderna's own research developing modified mRNA-LNP vaccines, including for coronaviruses, enabled Moderna to develop mRNA-LNP vaccines against COVID-19—including both a full-length spike protein vaccine and a next generation domain-based spike protein vaccine—in record time. Moderna otherwise lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 26 and therefore denies the allegations.

27. mRNA vaccines work differently from conventional vaccines. The mRNA provides instructions for the patient's own cells to ***make*** virus protein that triggers the immune system. In this way, mRNA vaccines rely on the patient's own body to quickly and efficiently make virus protein and generate a strong immune response to protect against future infection. Notably, mRNA vaccines can also be manufactured quickly and at large scale compared to conventional vaccines. That was precisely what was needed to respond to the global COVID-19 pandemic. And yet, as of that time, no company had successfully brought any mRNA vaccine to market.

**ANSWER:** With respect to the first sentence of Paragraph 27, Moderna admits that mRNA vaccines work differently from conventional vaccines. With respect to the second sentence of Paragraph 27, Moderna admits that in a successful mRNA vaccine, the mRNA provides instructions for the patient's own cells to make, for example, a viral protein that results in a protective immune response. With respect to the fourth sentence of Paragraph 27, Moderna admits that mRNA vaccines can be manufactured quickly and at large scale compared to conventional vaccines. With respect to the sixth sentence of Paragraph 27, Moderna admits that before the COVID-19 pandemic, no company had successfully brought an mRNA vaccine to market. Moderna further states that Moderna's own research developing modified mRNA-LNP vaccines, including for coronaviruses, enabled Moderna to develop mRNA-LNP vaccines against COVID-19—including both a full-length spike protein vaccine and a next generation domain-based spike protein vaccine—in record time. The remaining sentences of Paragraph 27 consists of a characterization of the science and technology that Plaintiff appears to recite as background, or in an attempt to engage in premature expert discovery and/or claim construction, and to which no response is required. To the extent a response is required, Moderna denies the remaining allegations of Paragraph 27.

## V. BioNTech's Pioneering Work that Led to COMIRNATY® - the First COVID-19 Vaccine

28. Developing an mRNA vaccine presents significant challenges. mRNA is extremely fragile—it degrades quickly both in the body and in a controlled laboratory setting. Given mRNA's fragility, researchers overlooked mRNA for decades—but not BioNTech's co-founders. Starting in the mid-1990s, Professor Ugur Sahin and Professor Özlem Türeci engaged in foundational research on mRNA technology and mRNA-based medicines. Their goal: creating cutting-edge mRNA technology to develop innovative vaccines and therapeutics to overcome emerging and existing infectious diseases, and to treat cancer. Founded in 2008, BioNTech has realized its founders' vision to translate their mRNA discoveries into life-saving pharmaceutical treatments.

**ANSWER:** Paragraph 28 consists of a characterization of the science and technology that Plaintiff appears to recite as background, or in an attempt to engage in premature expert discovery and/or claim construction, and to which no response is required. To the extent that a response is required, with respect to the first two sentences of Paragraph 28, Moderna admits that developing an mRNA vaccine presented significant challenges before Moderna's innovations in the early-to-mid 2010s and that, before that time, mRNA was considered extreme fragile and was known to degrade quickly in the body. Moderna's own research developing modified mRNA-LNP vaccines, including for coronaviruses, enabled Moderna to develop mRNA-LNP vaccines against COVID-19—including both a full-length spike protein vaccine and a next generation domain-based spike protein vaccine—in record time. Moderna otherwise lacks the knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 28 and therefore denies the allegations.

29. The co-founders' foundational discoveries included structural improvements to components of mRNA (*i.e.*, cap, poly-A tail and untranslated regions), making mRNA potent enough to be used in a pharmaceutical setting. That groundbreaking work culminated in the development of key mRNA platforms in use today at BioNTech.

**ANSWER:** Paragraph 29 consists of a characterization of the science and technology that Plaintiff appears to recite as background, or in an attempt to engage in premature expert discovery and/or claim construction, and to which no response is required. To the extent that a response is required, Moderna denies the allegations of Paragraph 29.

30. By late 2019, when COVID-19 struck, BioNTech was uniquely situated to rapidly develop a COVID-19 vaccine based on its decades' worth of research and development and innovation in the field of mRNA technology.

**ANSWER:** Paragraph 30 consists of a characterization of the science and technology that Plaintiff appears to recite as background, or in an attempt to engage in premature expert discovery and/or claim construction, and to which no response is required. To the extent that a

response is required, Moderna states that Moderna's own research developing modified mRNA-LNP vaccines, including for coronaviruses, enabled Moderna to develop mRNA-LNP vaccines against COVID-19—including both a full-length spike protein vaccine and a next generation domain-based spike protein vaccine—in record time. vaccines. Moderna denies the remaining allegations of Paragraph 30.

31. In the race to secure a safe and effective vaccine against COVID-19, BioNTech scientists—along with their collaborator, Pfizer, in an initiative named "Project Lightspeed"—targeted the mRNA to make the complete, full-length spike protein of the SARS-CoV-2 virus. By fall 2020, BioNTech and Pfizer developed their full-length spike COVID-19 vaccine—the fastest vaccine development against a new pathogen in medical history, and proof of concept for mRNA as a new drug class in medicine.

**ANSWER:** Paragraph 31 consists of a characterization of the science and technology that Plaintiff appears to recite as background, or in an attempt to engage in premature expert discovery and/or claim construction, and to which no response is required. To the extent that a response is required, Moderna admits that BioNTech and Pfizer made a full-length spike protein COVID-19 vaccine following Moderna's lead. Moderna further states that Moderna's own research developing modified mRNA-LNP vaccines, including for coronaviruses, enabled Moderna to develop mRNA-LNP vaccines against COVID-19—including both a full-length spike protein vaccine and a next generation domain-based spike protein vaccine—in record time. Moderna denies the remaining allegations of Paragraph 31.

32. In December 2020, less than a year after the first reported case of COVID-19, FDA granted Emergency Use Authorization to BioNTech's and Pfizer's COVID-19 vaccine in the United States. BioNTech's and Pfizer's COMIRNATY® vaccine won the global race as the first COVID-19 vaccine to gain FDA approval.

**ANSWER:** With respect to the first sentence of Paragraph 32, Moderna admits that, in December 2020 FDA granted Emergency Use Authorization to BioNTech's and Pfizer's COVID-19 vaccine in the United States and states further that, in December 2020, FDA also granted Emergency Use Authorization to Moderna's COVID-19 vaccine, Spikevax®, in the United States.

With respect to the second sentence in Paragraph 32, Moderna admits that BioNTech and Pfizer's Comirnaty® vaccine was the first COVID-19 vaccine to gain FDA approval. Moderna further states that Spikevax® was the first ever COVID-19 vaccine to enter human clinical trials. Moderna denies the remaining allegations of Paragraph 32.

33. An immediate global success, COMIRNATY® stemmed the tide of COVID-19 and changed the course of the pandemic. To date, more than five billion doses of COMIRNATY® have been distributed globally. It is estimated that COVID-19 vaccines, including COMIRNATY®, have saved at least 2.5 million lives – and that number grows with each passing year. BioNTech's achievements and innovation – past, present, and future – would not be possible without its dedicated investment in research and development. Since 2020, BioNTech has invested over $5 billion in mRNA research and development with over $1 billion of that budget directed to COVID-19 research alone.

**ANSWER:** Moderna admits that COMIRNATY® has been commercially successful. With respect to the remaining allegations of Paragraph 33, Moderna lacks the knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. Moderna further states that countless lives have been saved as a result of mRNA-LNP COVID-19 vaccines and that without mRNA vaccines and Moderna's technology, many more lives might have been lost.

## VI. The '899 Patent: BioNTech's Streamlined, Domain-Based COVID-19 Vaccine Technology

34. BioNTech prioritized the development of COMIRNATY® to combat the COVID-19 pandemic. But even at the outset of its pandemic efforts, BioNTech conceived of alternative advanced technologies.

**ANSWER:** Moderna lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 34 and on that basis denies them. Moderna states further that Moderna's mNEXSPIKE® is the only FDA approved domain-based mRNA vaccine for SARS-CoV-2 and the only FDA approved domain-based vaccine using any modality for any betacoronavirus.

35. The full-length spike protein (made by a patient's cells after vaccination with COMIRNATY®) is depicted below, with two distinct subunits (S1 and S2), and multiple distinct regions (domains) within each subunit.




**ANSWER:** The image in Paragraph 35 consists of a characterization of the science or technology that Plaintiff appears to recite as background, or in an attempt to engage in premature expert discovery and/or claim construction, and to which no response is required to which no response is required. To the extent a response is required, the image speaks for itself. Moderna otherwise denies the allegations in Paragraph 35.

36. BioNTech scientists surprisingly discovered that mRNA for a streamlined, domain-based vaccine triggers an equally strong immune response, as compared to mRNA for the full-length spike protein.




**ANSWER:** Paragraph 36 consists of a characterization of the science and technology that Plaintiff appears to recite as background, or in an attempt to engage in premature expert discovery and/or claim construction, and to which no response is required. To the extent a response is required, Moderna denies the allegations of Paragraph 36. Moderna states further that Moderna's mNEXSPIKE® is the only FDA approved domain-based mRNA vaccine for SARS-

CoV-2 and the only FDA approved domain-based vaccine using any modality for any betacoronavirus.

37. BioNTech's streamlined, domain-based vaccine includes mRNA to make the RBD of that spike protein (colored orange above), along with a secretory signal peptide to shuttle the RBD outside the cell for detection by the immune system. So that presentation of the streamlined spike protein to the immune system is similar to that of the full-length spike protein, it also includes mRNA to make a transmembrane domain and/or a trimerization domain. The transmembrane domain acts as the anchor for the RBD and holds the RBD on the cell surface; the trimerization domain acts as glue to bundle three RBDs together, similar to how the spike proteins bundle together on the virus. Taken together, the mRNA in BioNTech's domain-based vaccine is a fraction of the size required for making the full-length spike protein. As such, the domain-based vaccine can be given to patients at a ***lower dose*** and is ***more stable*** during storage and transport.




__**ANSWER:**__ Paragraph 37 consists of a characterization of the science and technology that Plaintiff appears to recite as background, or in an attempt to engage in premature expert discovery and/or claim construction, and to which no response is required. To the extent a response is required, Moderna denies the allegations of Paragraph 37. Moderna states further that Moderna's mNEXSPIKE® is the only FDA approved domain-based mRNA vaccine for SARS-CoV-2 and the only FDA approved domain-based vaccine using any modality for any betacoronavirus. Moderna also states that mNEXSPIKE® does not contain a trimerization domain.

38. BioNTech was the first to demonstrate the promise of streamlined, domain-based COVID-19 vaccines. By way of example, the '899 Patent discloses that the "provided mRNA constructs that encode less than a full-length SARS-CoV-2 S protein, and particularly those that

encode at least an RBD portion of such SARS-CoV-2 S protein may be particularly useful and/or effective for use as or in an immunogenic composition (e.g., a vaccine)[.]" Ex. 1 at 14:23-28.

**ANSWER:** With respect to the first sentence of Paragraph 38, Moderna denies that BioNTech was the first to demonstrate the promise of streamlined, domain-based COVID-19 vaccines. With respect to the second sentence of Paragraph 38, Moderna states that the document cited speaks for itself. Moderna states further that Moderna's mNEXSPIKE® is the only FDA approved domain-based mRNA vaccine for SARS-CoV-2 and the only FDA approved domain-based vaccine using any modality for any betacoronavirus.

39. The '899 Patent provides *in vivo* mouse data reporting immunogenicity for an mRNA vaccine based on the full-length spike protein. *Id*. at Fig. 13. The '899 Patent also provides data for exemplary streamlined, domain-based mRNA vaccines: BNT162b1 contains the RBD, as well as a signal peptide and a trimerization domain. BNT162b3 adds a transmembrane domain. *Id*. at Fig. 7, Fig. 32. The data in the '899 Patent demonstrates that domain-based mRNA vaccines provide comparable immunogenicity to vaccines featuring full-length spike protein.

**ANSWER:** The '899 patent speaks for itself. Moderna admits that BNT162b1 and BNT162b3 each contain the trimerization domain fibritin and that BNT162b3 also contains the SARS-CoV-2 transmembrane domain. Moderna otherwise denies the allegations in Paragraph 39.

40. The '899 Patent further provides data showing that the exemplary BNT162b1 streamlined, domain-based mRNA vaccine "is protective in non-human primates." *Id*. at 368:56-59; *see also id*. at 396:18-22 ("We demonstrate that BNT162b1 . . . is highly immunogenic in mice and rhesus macaques and limits infection in rhesus macaques challenged with infectious SARS-CoV-2."). And consistent with the prior findings in animal studies, "[r]obust immunogenicity was observed after vaccination with BNT162b1" in Phase 1/2 clinical trial in healthy adults. *Id*. at 372:44-45. "The data overall show similar neutralizing antibody responses post-dose 2 between BNT162b1 and BNT162b2 [mRNA for full-length spike protein]." *Id*. at 382:20-21; *see also id.* at 382:61-63 ("the immune response data are similar between the 2 candidates").

**ANSWER:** The '899 patent speaks for itself. Moderna otherwise denies the allegations in Paragraph 40.

41. Notably, the '899 Patent acknowledges the potential pitfalls of a novel streamlined, domain-based mRNA vaccine, *e.g.*: "BNT162b1 encodes a relatively small RBD immunogen, which might induce a narrower spectrum of neutralizing antibodies that are less robust to potential antigenic drift of SARS-CoV-2, compared with BNT162b2, which encodes a full-length spike immunogen." *Id*. at 499:66-500:4; *see also id*. at 381:29-31 ("A purely RBD-directed immunity

might be considered prone to escape of the virus by single amino acid changes in this small domain."). But BioNTech's rigorous testing unexpectedly demonstrates otherwise—domain-based vaccines neutralized viruses. *Id*. at 381:31-35 ("However, neutralisation of 17 pseudo-typed viruses, 16 of which enter cells using a spike with a different RBD variant found in circulating strains and one of which uses the dominant spike variant D614G, alleviates this potential concern.").

**ANSWER:** The '899 patent speaks for itself. Moderna admits that there were potential pitfalls of a novel streamlined, domain-based mRNA vaccine. Moderna otherwise denies the allegations in Paragraph 41.

42. Sole independent claim 1 of the '899 Patent reflects BioNTech's streamlined, domain-based mRNA vaccine technology for COVID-19. It recites a pharmaceutical composition with RNA featuring an RBD, a secretory signal, and a transmembrane and/or trimerization domain:

> A pharmaceutical composition comprising a RNA that:
>
> (i) includes modified uridines in place of all uridines, and
>
> (ii) comprises a nucleotide sequence that encodes a polypeptide, wherein the polypeptide comprises:
>
> > (a) one or more fragments of a SARS-CoV-2 Spike (S) protein, wherein ***one of the fragments comprise a receptor binding domain (RBD)***,
> >
> > (b) ***a secretory signal***; and
> >
> > (c) ***one or more additional domains selected from a trimerization domain, a transmembrane domain, and a combination thereof***;
>
> wherein the RBD is linked to one of the additional domains via a linker, and wherein the linker comprises a GS linker.

**ANSWER:** The '899 patent speaks for itself. Moderna otherwise denies the allegations in Paragraph 42.

## VII. Moderna's mNEXSPIKE® (mRNA-1283) Vaccine Infringes the '899 Patent

43. On March 15, 2021, Moderna announced it was advancing a "Next Generation COVID-19 Vaccine" referred to as mRNA-1283. Ex. 8 (Moderna March 15, 2021 Press Release) at 1. On May 30, 2025, the FDA approved mRNA-1283 under the brand name mNEXSPIKE® for use in adults 65 years or older and individuals aged 12-64 years old with at least one comorbidity. Ex. 9 (FDA Approval Letter).

**ANSWER:** With respect to the first sentence of Paragraph 43, Moderna states that the document cited speaks for itself. With respect to the second sentence of Paragraph 43, Moderna admits that, on May 30, 2025, the FDA approved mRNA-1283 under the brand name mNEXSPIKE® for use in adults 65 years or older and individuals aged 12-64 years old with at least one comorbidity. The documents cited in Paragraph 43 otherwise speak for themselves.

44. Upon information and belief, mNEXSPIKE®, depicted below, leverages BioNTech's claimed invention of the '899 Patent. Ex. 3 (Stewart-Jones 2023) at Fig. 1 (annotated).




**ANSWER:** Moderna denies that mNEXSPIKE® leverages BioNTech's claimed invention of the '899 Patent and also denies accuracy of BioNTech's annotations to Figure 1 of Ex. 3. With respect to the remaining allegations of Paragraph 44, the document cited speaks for itself.

45. mNEXSPIKE® is a "pharmaceutical composition comprising a RNA that . . . includes modified uridines in place of all uridines." *See* Ex. 5 (mNEXSPIKE® label) at 20 ("MNEXSPIKE (COVID-19 Vaccine, mRNA) . . . contains 10 mcg nucleoside-modified messenger RNA (mRNA) . . ."); Ex. 10 (May 30, 2025 Summary Basis for Regulatory Action) at 6 ("The mRNA is transcribed using N1-methyl-pseudoruridine instead of uridine nucleoside . . .").

**ANSWER:** Moderna states that the documents cited speak for themselves.

46. mNEXSPIKE®'s "nucleotide sequence . . . encodes a polypeptide, wherein the polypeptide comprises: one or more fragments of a SARS-CoV-2 Spike (S) protein, wherein one of the fragments comprise a receptor binding domain (RBD)" and "secretory signal." In particular, mNEXSPIKE® contains mRNA encoding the RBD of the SARS-CoV-2 spike protein, as well as the N-terminal domain ("NTD") that contains a secretory signal peptide. *See* Ex. 5 (mNEXSPIKE® label) at 20 ("Each 0.2 mL dose of MNEXSPIKE (2025-2026 Formula) contains 10 mcg nucleoside-modified messenger RNA (mRNA) encoding the N-terminal domain (NTD) and receptor-binding domain (RBD) of the Spike glycoprotein of the SARS-CoV-2 Omicron variant sublineage LP.8.1."); Ex. 10 (May 30, 2025 Summary Basis for Regulatory Action) at 3 ("MNEXSPIKE . . . contains a nucleoside-modified in vitro-transcribed messenger RNA (mRNA) encoding the N-terminal domain (NTD) and receptor binding domain (RBD) of the S protein . . ."); *see, e.g.*, Ex. 11 (U.S. Patent App. No. 18/282,097) at [0029], [0527], Table 9A, Table 9B.

**ANSWER:** Paragraph 46 consists of a characterization of the science and technology that Plaintiff appears to recite as background, or in an attempt to engage in premature expert discovery and/or claim construction, and to which no response is required. To the extent that a response is required, the documents cited speak for themselves. Moderna otherwise denies the allegations of Paragraph 46.

47. mNEXSPIKE® further contains "one or more additional domains"—*i.e.*, "a transmembrane domain"—and "the RBD is linked to one of the additional domains [*i.e.*, to the transmembrane domain] via a linker, and wherein the linker comprises a GS linker." *See* Ex. 10 (May 30, 2025 Summary Basis for Regulatory Action) at 6 ("The linked NTD-RBD polypeptide is attached via a [redacted in original] linker to a 23-aa influenza hemagglutinin transmembrane domain (HATM), which anchors the linked NTD-RBD antigen to the host cell membrane."); *see, e.g.*, Ex. 11 (U.S. Patent App. No. 18/282,097) at [0029], [0527], Table 9A, Table 9B.

**ANSWER:** Paragraph 47 consists of a characterization of the science and technology that Plaintiff appears to recite as background, or in an attempt to engage in premature expert discovery and/or claim construction, and to which no response is required. To the extent that a response is required, the documents cited speak for themselves. Moderna otherwise denies the allegations of Paragraph 47.

48. In its marketing materials and its presentations to regulatory agencies, Moderna touts that mNEXSPIKE®'s "***streamlined*** vaccine design aims to target key parts of the spike protein rather than the entire spike protein, and at a lower dose." *See, e.g.,* Ex. 2 (Moderna June 3, 2025 Blog) at 2 (emphasis added).

**ANSWER:** The document cited speaks for itself. Moderna admits that mNEXSPIKE® is administered at a lower dose than Spikevax®. Moderna otherwise denies the allegations of Paragraph 48.

49. Likewise, in a presentation to the Advisory Committee on Immunization Practices—who develop vaccine recommendations in the US—Moderna called mRNA-1283 (*i.e.*, mNEXSPIKE®) a "Next Generation COVID-19 Vaccine" with a "Lower mRNA dose" that could be given at "1/5th" of the dose of its prior vaccine ("Spikevax"):




Ex. 12 (Moderna April 2025 presentation) at 3.

**ANSWER:** The document cited and the image in Paragraph 49 speak for themselves. Moderna admits that mNEXSPIKE® is a domain-based next generation vaccine that is administered at a lower dose than Spikevax®. Moderna otherwise denies the allegations of Paragraph 49.

50. Moderna further stressed the comparable immunogenicity of mNEXSPIKE® compared to its prior vaccine:

> **Neutralizing Antibody Responses against Omicron XBB.1.5 with mRNA-1283 Similar to SPIKEVAX** 18
> Study 301 – Per-Protocol Immunogenicity Set - Japan

*Id.* at 18.

**ANSWER:** The document cited and the image in Paragraph 50 speak for themselves. Moderna otherwise denies the allegations of Paragraph 50.

51. On information and belief, Moderna has had knowledge of and specific notice of its infringement of the ’899 Patent by the manufacture and sale of mNEXSPIKE® at least since November 5, 2024, the issuance date of the ’899 Patent.

**ANSWER:** Insofar as Paragraph 51 contains legal conclusions, no response is required. To the extent a response is required, Moderna denies the allegations of Paragraph 51.

52. Moderna and BioNTech have an extensive history of engaging in patent disputes. *See, e.g.*, *ModernaTX, Inc. et al. v. Pfizer Inc., et al.,* C.A. No. 22-11378 (D. Mass.); *BioNTech SE et al. v. ModernaTX, Inc*., IPR2023-01358 (P.T.A.B. Aug. 28, 2023); *ModernaTX, Inc. et al., v. Pfizer Inc., et al*., C.A. No. 23-00154 (E.D. Pa.); *ModernaTX, Inc. v. BioNTech SE*, C.A. No. 25-01757 (Fed. Cir.). On information and belief, Moderna routinely monitors BioNTech’s patent applications on COVID-19 mRNA vaccines, including Application No. 17/988,742, which issued as the ’899 Patent.

**ANSWER:** Moderna admits that Moderna and BioNTech are parties in the cases cited in Paragraph 52. Moderna otherwise denies the allegations of Paragraph 52.

53. At no point did Moderna pursue or acquire a license from BioNTech to the ’899 Patent.

**ANSWER:** Moderna admits that it has not pursued or acquired a license from BioNTech to the ’899 patent and states further that Moderna does not require a license because it does not infringe BioNTech’s ’899 patent and because the ’899 patent is invalid.

54. Moderna stands to profit significantly from its infringement of the ’899 Patent without permission. Moderna reports $1.168 billion in sales of its COVID-19 vaccines, through the third quarter of 2025, with mNEXSPIKE® accounting for 55% of COVID-19 vaccines sold by Moderna in the 2025-2026 respiratory virus season. Ex. 6 (Moderna Third Quarter 2025 10-Q) at 13, 34; Ex. 7 (Moderna Third Quarter 2025 Financial Results) at 13; *see also* Ex. 13 (Moderna

February 13, 2026 Press Release) at 2 ("Total revenue for the full year 2025 was $1.9 billion . . . with the majority generated from COVID vaccine sales . . . .").

**ANSWER:** The documents cited in Paragraph 54 speak for themselves. Moderna otherwise denies the allegations of Paragraph 54.

55. BioNTech filed this lawsuit to be compensated for Moderna's continued infringement of BioNTech's patented streamlined, domain-based COVID-19 vaccine technology. Such compensation will allow BioNTech to reinvest in its mRNA platform, so that it can continue to discover cutting-edge vaccines to combat infectious disease and save lives globally.

**ANSWER:** With respect to the first sentence of Paragraph 55, Moderna admits that BioNTech filed this lawsuit in which it claims Moderna infringed the '899 patent. With respect to the second sentence of Paragraph 55, Moderna lacks the knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. Moderna otherwise denies the allegations of Paragraph 55.

## COUNT ONE: INFRINGEMENT OF THE '899 PATENT

56. BioNTech incorporates by reference the allegations set forth in paragraphs 1-55 as though fully set forth herein.

**ANSWER:** Moderna incorporates its counterclaims and answers to Paragraphs 1 to 55 of the Complaint as set forth fully herein.

57. Upon information and belief, Moderna has directly infringed and continues to directly infringe one or more claims of the '899 Patent, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing mNEXSPIKE® in the United States and in this District without authority, in violation of 35 U.S.C. § 271(a).

**ANSWER:** Moderna denies the allegations of Paragraph 57.

58. Upon information and belief, Moderna has indirectly infringed and continues to indirectly infringe one or more claims of the '899 Patent, either literally or under the doctrine of equivalents, in violation of 35 U.S.C. § 271(b). Moderna has actively induced third-party manufacturers to directly infringe one or more claims of the '899 Patent by making mNEXSPIKE® within the United States without authority or license to do so, during the term of the '899 Patent.

**ANSWER:** Moderna denies the allegations of Paragraph 58.

59. In addition or in the alternative, Moderna has infringed, and continues to infringe, one or more claims of the '899 Patent by actively inducing healthcare practitioners to directly infringe one or more claims of the '899 Patent by administering mNEXSPIKE® to patients within the United States, in accordance with the instructions in Moderna's labeling and prescribing information, and therefore with FDA authorized and/or approved uses, without authority or license to do so during the term of the '899 Patent, in violation of 35 U.S.C. § 271(b). Ex. 5 (mNEXSPIKE® label) at 3 ("Administer mNEXSPIKE® intramuscularly.").

**ANSWER:** The document cited speaks for itself. Moderna otherwise denies the allegations of Paragraph 59.

60. Upon information and belief, Moderna has contributorily infringed, and continues to contributorily infringe, one or more claims of the '899 Patent under 35 U.S.C. § 271(c), either literally or under the doctrine of equivalents, by offering to sell or selling within the United States, and/or importing into the United States, components of mNEXSPIKE® (including the mRNA and/or lipid particles), without any authority or license to do so, during the term of the '899 Patent, knowing that each constitutes a material part of the inventions of, and are especially made or adapted to infringe, at least one claim of the '899 Patent, and knowing that such components are not staple articles or commodities of commerce suitable for substantial non-infringing use.

**ANSWER:** Moderna denies the allegations of Paragraph 60.

61. Upon information and belief, Moderna has infringed, and will continue to infringe, one or more claims of the '899 Patent, either literally or under the doctrine of equivalents, in violation of 35 U.S.C. § 271(f), including by supplying the global market for mNEXSPIKE® with components, such as mRNA, manufactured in the United States.

**ANSWER:** Moderna denies the allegations of Paragraph 61.

62. As explained *supra*, mNEXSPIKE® satisfies each and every element of one or more claims of the '899 Patent, including at least independent claim 1. Moderna's actions with respect to mNEXSPIKE® have infringed, induced infringement of, and/or contributorily infringed at least independent claim 1 of the '899 Patent.

**ANSWER:** Moderna denies the allegations of Paragraph 62.

63. Moderna's infringement of the '899 Patent has been willful. On information and belief, Moderna chose to market and sell mNEXSPIKE® knowing that it practiced the technology disclosed and claimed in the '899 Patent. On information and belief, Moderna has continued to use the invention claimed in the '899 Patent in deliberate disregard for BioNTech's patent rights.

**ANSWER:** Moderna denies the allegations of Paragraph 63.

64. BioNTech has suffered damages as a result of Moderna's infringement of the '899 Patent. BioNTech is entitled to an award of compensatory damages, including reasonable royalties and/or lost profits, for Moderna's infringement of the '899 Patent.

**ANSWER:** Moderna denies the allegations of Paragraph 64.

65. Moderna has engaged in egregious infringement behavior with respect to the '899 Patent warranting an award of enhanced damages pursuant to 35 U.S.C. § 284.

**ANSWER:** Moderna denies the allegations of Paragraph 65.

66. Moderna's conduct with respect to the '899 Patent makes this case stand out from others and warrants an award of attorneys' fees pursuant to 35 U.S.C. § 285.

**ANSWER:** Moderna denies the allegations of Paragraph 66.

## PRAYER FOR RELIEF

Moderna denies that BioNTech is entitled to any of the relief sought in its Prayer for Relief, or to any other relief in any form from either the Court or from Moderna. Moderna has not directly, indirectly, literally, and/or by the doctrine of equivalents infringed the patent-in-suit. Moderna respectfully requests that the Court enter judgment in its favor and against BioNTech on all of BioNTech's claims, deny each of BioNTech's prayers for relief, and award Moderna any other further relief deemed appropriate by the Court.

## JURY DEMAND

Moderna joins Plaintiff's request for a jury trial on all issues triable by jury.

## GENERAL DENIAL

Moderna denies all allegations in Plaintiff's Complaint not expressly admitted

## AFFIRMATIVE DEFENSES

1. Moderna repeats and incorporates the allegations from its Counterclaims and Answer set forth above. Further answering the Complaint, Moderna asserts the following defenses without assuming any burden that they would not otherwise have, including without admitting or acknowledging that they bear the burden of proof as to any of them. Moderna reserves the right to amend its answer with additional defenses as further information is obtained.

## FIRST DEFENSE (FAILURE TO STATE A CLAIM)

2. The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE (INVALIDITY)

3. The claims of the ’899 patent are invalid and/or unenforceable for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability under Title 35 of the United States Code, including without limitation §§ 101, 102, 103, 112 and/or under any of the judicially created doctrines of invalidity, including obviousness-type double-patenting.

## THIRD DEFENSE (NON-INFRINGEMENT)

4. Moderna has not infringed and is not infringing, either directly, contributorily, or by inducement, either literally or under the doctrine of equivalents, or otherwise, any valid and enforceable claim of the ’899 patent.

## FOURTH DEFENSE (NO WILLFULNESS)

5. Further to Moderna’s second affirmative defense of non-infringement, Moderna has not willfully infringed, and does not willfully infringe, any valid and enforceable claim of the ’899 patent. Among other things, Moderna independently developed mNEXSPIKE® without reference to the ’899 patent. Indeed, Moderna designed and began clinical testing with mRNA-1283 years before the ’899 patent issued and well before the ’899 patent family published.

**FIFTH DEFENSE (NO EXCEPTIONAL CASE)**

6. Moderna's actions in defending this case or otherwise do not give rise to an exceptional case in BioNTech's favor under 35 U.S.C. § 285.

**SIXTH DEFENSE (LIMITATION ON DAMAGES)**

7. BioNTech's right to seek damages and other remedies from Moderna is limited by 35 U.S.C. §§ 287 and/or 288.

**SEVENTH DEFENSE (RESERVATION OF ADDITIONAL DEFENSES)**

8. Moderna reserves any and all additional defenses available under Section 35 of the United States Code, the rules, regulations, or laws related thereto, the Federal Rules of Civil Procedure, the Rules of this Court, and/or otherwise in law or equity, now existing, or later arising, as may be discovered.

* * *

**PRAYER FOR RELIEF**

WHEREFORE, Moderna respectfully requests that the Court enter a Judgment and Order in their favor and against BioNTech as follows:

A. Declaring that Moderna does not infringe any claim of the '899 patent;

B. Declaring that the manufacture, use, offer for sale, or sale of mNEXSPIKE® within the United States, and its importation into the United States, does not infringe any claim of the '899 patent;

C. Declaring that the claims of the '899 patent are invalid for failure to comply with the statutory provisions of Title 35 of the United States Code, including without limitation, one or more of §§ 101, 102, 103, and/or 112 and/or any judicially created requirements for patentability and enforceability of patents, including obviousness type double patenting, and/or in view of the defenses recognized in § 282;

D. Declaring that BioNTech and its agents, representatives, attorneys, and those persons in active concert or participation with them who receive actual notice thereof, be preliminarily and permanently enjoined from threatening or initiating infringement litigation against Moderna or any of their customers, dealers, or suppliers, or any prospective or present sellers, dealers, distributors, or customers of Moderna, or charging any of them either orally or in writing with infringement of the Asserted Patents;

E. Awarding Moderna its attorneys' fees, together with costs and disbursements, including because this case is exceptional under 35 U.S.C. § 285; and

F. Awarding such other and further relief as the Court deems just and proper.

Dated: June 10, 2026

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants and Counterclaim Plaintiffs ModernaTX, Inc., Moderna, Inc., and Moderna US, Inc.*

OF COUNSEL:

Emily R. Whelan
Kevin S. Prussia
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Defendants and Counterclaim Plaintiffs ModernaTX, Inc., Moderna, Inc., and Moderna US, Inc.*