**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| BIONTECH SE, | ) | |
| | ) | |
| *Plaintiff and* | ) | |
| *Counterclaim-Defendant,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No.  26-cv-183-GBW |
| MODERNATX, INC., MODERNA, INC. and | ) | |
| MODERNA US, INC., | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| *Defendants and* | ) | |
| *Counterclaim-Plaintiffs.* | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**MODERNA'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants Moderna, Inc., Moderna US, Inc., and ModernaTX, Inc., by and through their attorneys, hereby make the following disclosures:

Defendant ModernaTX, Inc., and Moderna US, Inc., are wholly-owned subsidiaries of Defendant Moderna, Inc.  Defendant Moderna, Inc., is a publicly traded company that has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: June 10, 2026

OF COUNSEL:

Emily R. Whelan
Kevin S. Prussia
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor

Boston, MA 02109
(617) 526-6000

*Attorneys for Defendants and Counterclaim Plaintiffs ModernaTX, Inc., Moderna, Inc., and Moderna US, Inc.*

Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants and Counterclaim Plaintiffs ModernaTX, Inc., Moderna, Inc., and Moderna US, Inc.*