**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BIONTECH SE,<br><br>    Plaintiff,<br><br>  v.<br><br>MODERNATX, INC., MODERNA, INC. and<br>MODERNA US, INC.,<br><br>    Defendants. | Civil Action No. 26-183-GBW<br><br>**JURY TRIAL DEMANDED** |

**ANSWER AND DEFENSES TO COUNTERCLAIMS**

Plaintiff and Counterclaim Defendant BioNTech SE ("BioNTech"), by and through its

undersigned counsel, respectfully responds to the Counterclaims of Defendants and Counterclaim

Plaintiffs ModernaTX, Inc. ("ModernaTX"), Moderna, Inc. ("Moderna Inc.") and Moderna US,

Inc. ("Moderna US") (collectively, "Moderna") as follows:

**INTRODUCTION**

1.      Moderna brings these counterclaims in response to BioNTech's lawsuit, which improperly seeks to profit from Moderna's groundbreaking messenger RNA ("mRNA") next-generation domain-based vaccine (mNEXSPIKE®, also referred to as the mRNA-1283 vaccine) against COVID-19.  Specifically, Moderna asks this Court to declare that Moderna's COVID-19 vaccine mNEXSPIKE® does not infringe BioNTech's asserted patent, and that the patent is invalid.  This lawsuit will confirm that Moderna and its scientists, employees, and are the true innovators in lifesaving mRNA COVID-19 vaccines, including next-generation domain-based vaccines.  BioNTech played no role in Moderna's significant accomplishments.  Rather, this lawsuit reflects nothing more than a failed attempt by BioNTech to cover Moderna's work after the fact.

**ANSWER:**  BioNTech admits that Moderna's mNEXSPIKE® is a domain-based vaccine against

COVID-19.  The remainder of Paragraph 1 consists of conclusions of law to which no response is

required.  To the extent a response is required, BioNTech denies the remaining allegations of

Paragraph 1.

1

2.      In January 2020, just days after the genetic sequence for SARS-CoV-2 became known, Moderna developed the world's first mRNA vaccine against the virus and the disease that it causes (COVID-19).  Moderna's vaccine, later known as Spikevax®, utilizes a full-length spike protein construct to induce a robust and durable immune response against the virus.  Moderna's Spikevax® was the first such mRNA vaccine to reach the clinic.  Moderna did so based on years of proprietary research and experience in studying and developing mRNA vaccines well before the pandemic struck.  Spikevax®, however, was not the only mRNA COVID-19 vaccine developed by Moderna.  In parallel, as Spikevax® advanced to authorization and approval, Moderna continued to innovate its mRNA COVID-19 platform to independently develop and bring to market its next-generation domain-based vaccine mNEXSPIKE®.

**ANSWER:**  BioNTech admits that the SARS-CoV-2 virus causes COVID-19, SPIKEVAX® is an mRNA vaccine that utilizes a full-length spike protein construct of the SARS-CoV-2 virus, and mNEXSPIKE® is a domain-based vaccine.  BioNTech denies that Moderna developed the world's first mRNA vaccine against the SARS-CoV-2 virus and COVID-19.  BioNTech is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this paragraph, and therefore denies the remaining allegations in Paragraph 2.

3.      mNEXSPIKE® (mRNA-1283) utilizes a novel domain-based vaccine design. Instead of encoding for the entire spike protein of SARS-CoV-2 (as in Spikevax®), it encodes two domains—i.e., the N-terminal domain (NTD) and the receptor-binding domain (RBD).  Moderna connects the NTD and RBD domains via a flexible peptide linker.  To anchor this NTD-RBD correctly in the cell membrane so the immune system can recognize it, the mRNA sequence in mNEXSPIKE® encodes a transmembrane domain derived from the influenza virus hemagglutinin (HATM) protein.  On May 30, 2025, the FDA approved mNEXSPIKE®.  mNEXSPIKE® is still the only FDA approved domain-based mRNA vaccine for SARS-CoV-2 and the only approved domain-based vaccine using any modality (mRNA or otherwise) for any betacoronavirus anywhere in the world.

**ANSWER:**  BioNTech admits that the FDA approved mNEXSPIKE® on May 30, 2025 to prevent COVID-19 caused by the SARS-CoV-2 virus in individuals who are 65 years of age and older or 12 years through 64 years of age with at least one underlying condition that puts them at high risk for severe outcomes from COVID-19.  BioNTech further admits that mNEXSPIKE® utilizes a domain-based vaccine design instead of encoding for the entire spike protein of SARS-CoV-2, and that mNEXSPIKE® includes a receptor-binding domain (RBD) and a transmembrane domain. BioNTech also admits that there were no FDA-approved domain-based vaccines using any

2

ME1\61688467.v1

modality (mRNA or otherwise) prior to the incorporation of BioNTech's patented technology in mNEXSPIKE®. BioNTech is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this paragraph, and therefore denies the remaining allegations in Paragraph 3.

4.      While Moderna succeeded in developing a domain-based approach for a SARS-CoV-2 vaccine, BioNTech has not. Although BioNTech performed some initial testing on vaccine candidates based on domains of the SARS-CoV-2 spike protein, BioNTech's candidates involved a fundamentally different design compared to mNEXSPIKE®. On information and belief, BioNTech's domain-based vaccines had adverse effects that ultimately led BioNTech to abandon those vaccines in favor of pursuing only a vaccine to the full-length SARS-CoV-2 spike protein (like Moderna's Spikevax®).

**ANSWER:** BioNTech denies the allegations of Paragraph 4.

5.      To this day, BioNTech has not obtained approval from the United States Food & Drug Administration ("FDA") for any domain-based mRNA vaccine against SARS-CoV-2.

**ANSWER:** BioNTech admits that it successfully tested domain-based mRNA vaccines in early-stage clinical trials alongside COMIRNATY®, and that BioNTech prioritized COMIRNATY®'s development in order to meet the critical and immediate demands of the pandemic. BioNTech otherwise denies the allegations of Paragraph 5.

6.      BioNTech's asserted U.S. Patent No. 12,133,899 (the "'899 patent") reflects the company's unsuccessful approach to a domain-based SARS-CoV-2 vaccine. Unlike Moderna's mNEXSPIKE® vaccine, which is premised on a chimeric NTD-RBD (from SARS-CoV-2) anchored with a transmembrane domain (from flu), the '899 patent only discloses vaccines that do not involve NTD or the transmembrane domain from flu. This is not surprising, as BioNTech never designed or tested a mRNA SARS-CoV-2 vaccine that included NTD and/or the transmembrane domain from flu.

**ANSWER:** BioNTech denies the allegations of Paragraph 6.

7.      Although it never did the work of designing or testing an mRNA vaccine like mNEXSPIKE®, BioNTech rewrote its patent claims in an effort to take credit for such work. After Moderna published its novel design of mRNA-1283 along with testing data showing higher immune response at a lower dose compared to Spikevax®, BioNTech amended the claims of the application that ultimately led to the asserted patent in an unlawful effort to stretch its very different disclosure to reach Moderna's invention.

**ANSWER:** BioNTech denies the allegations of Paragraph 7.

3

ME1\61688467.v1

8.        BioNTech's assertion that its supposed invention covers Moderna's mNEXSPIKE® vaccine is incorrect and impermissibly stretches the '899 patent.  If read so broadly as to reach Moderna's very different mNEXSPIKE® vaccine, then BioNTech's '899 patent claims lack written description support and are not enabled by the limited disclosure in the specification.

**ANSWER:**  Paragraph 8 consists of conclusions of law to which no response is required.  To the

extent a response is required, BioNTech denies the allegations of Paragraph 8.

9.        Further, BioNTech's '899 patent claims are invalid in view of earlier work from Moderna and others that predate the purported effective filing date of the asserted patent.

**ANSWER:**  Paragraph 9 consists of conclusions of law to which no response is required.  To the

extent a response is required, BioNTech denies the allegations of Paragraph 9.

10.        BioNTech's lawsuit is ultimately a meritless attempt to claim success for work it never did.  Moderna brings these counterclaims to ensure BioNTech may not improperly take credit for Moderna's own innovations or expand BioNTech's asserted patent beyond what it describes.

**ANSWER:**  Paragraph 10 consists of conclusions of law to which no response is required.  To

the extent a response is required, BioNTech denies the allegations of Paragraph 10.

## THE PARTIES

11.        Moderna, Inc. is a company organized and existing under the laws of the State of Delaware with a principal place of business at 325 Binney Street, Cambridge, Massachusetts 02142.

**ANSWER:**  Upon information and belief and based on Moderna's Counterclaims, admitted.

12.        ModernaTX, Inc. is a company organized and existing under the laws of the State of Delaware with a principal place of business at 325 Binney Street, Cambridge, Massachusetts, 02142.  ModernaTX, Inc. is a wholly-owned subsidiary of Moderna, Inc.

**ANSWER:**  Upon information and belief and based on Moderna's Counterclaims, admitted.

13.        Moderna US, Inc. is a company organized and existing under the laws of the State of Delaware with a principal place of business at 5 Vaughn Drive, Princeton, New Jersey, 08540.  Moderna US is a wholly-owned subsidiary of Moderna, Inc.

**ANSWER:**  Upon information and belief and based on Moderna's Counterclaims, admitted.

4

14.    On information and belief, BioNTech is a corporation organized and existing under the laws of Germany, with its principal place of business at An der Goldgrube 12, 55131 Mainz, Germany.

**ANSWER:**  Admitted.

## NATURE OF ACTION

15.    Moderna seeks declaratory judgment under the patent laws of the United States, 35 U.S.C. § 100 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq.*, that U.S. Patent No. 12,133,899 (the "'899 patent," available at D.I. 1-1, Ex. 1) is invalid and/or not infringed.

**ANSWER:**  Paragraph 15 consists of conclusions of law to which no response is required.  To the extent a response is required, BioNTech admits that Moderna purports to seek declaratory judgment under the patent laws of the United States and the Declaratory Judgment Act that the '899 patent is invalid and/or not infringed, but BioNTech denies that the '899 patent is invalid and/or not infringed.

## JURISDICTION AND VENUE

16.    This Court has exclusive subject matter jurisdiction over these Counterclaims for declaratory judgment pursuant to 28 U.S.C. §§ 1331, 1332, 1338(a), 2201, and 2202 based on an actual controversy among the parties arising under the Patent Laws of the United States, 35 U.S.C. § 1, *et seq.*

**ANSWER:**  Paragraph 16 consists of conclusions of law to which no response is required.  To the extent a response is required, and solely for the purposes of this action, BioNTech does not contest that the Court has subject matter jurisdiction over Moderna's Counterclaims.

17.    This Court has personal jurisdiction over BioNTech at least because BioNTech has consented to the personal jurisdiction of the Court by commencing its action for patent infringement in this Judicial District, as set forth in its Complaint.

**ANSWER:**  Paragraph 17 consists of conclusions of law to which no response is required.  To the extent a response is required, and solely for the purposes of this action, BioNTech does not contest that the Court has personal jurisdiction over BioNTech for Moderna's Counterclaims in this action.

5

18.    Venue in this Court is proper over BioNTech in this District pursuant to at least 28 U.S.C. §§ 1391 and 1400.

**ANSWER:**  Paragraph 18 consists of conclusions of law to which no response is required.  To the extent a response is required, and solely for the purposes of this action, BioNTech does not contest venue for Moderna's Counterclaims in this action.

19.    There is a real, immediate, and justiciable controversy among the parties concerning non-infringement and invalidity of the '899 patent.  BioNTech has alleged that Moderna infringes one or more claims of the '899 patent.

**ANSWER:**  Paragraph 19 consists of conclusions of law to which no response is required.  To the extent a response is required, and solely for the purposes of this action, BioNTech admits that it filed a civil action for infringement of one or more claims of the '899 patent against Moderna on February 19, 2026.  BioNTech denies the remaining allegations in Paragraph 19.

## FACTUAL BACKGROUND

### I.    Moderna's History of Innovation

#### A.    Moderna's Development of its mRNA Infectious Disease Vaccine Platform

20.    Moderna was founded in 2010 with a mission to pioneer medicines based on mRNA, focusing on both therapeutics and vaccines.  Moderna "set out to change the world and make mRNA medicines a reality for humanity" through substantial investment and years of research and development.

**ANSWER:**  BioNTech is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations in Paragraph 20.

21.    Just sixteen years ago, messenger RNA ("mRNA") medicines were a new and unproven technology.  From the beginning, Moderna recognized the transformative potential of mRNA technology even when many doubted it.  mRNA is not a new technology, but Moderna discovered new ways to use it to treat and prevent illnesses and diseases.  Over the past sixteen years, Moderna has worked diligently in its laboratories to pioneer several fundamental breakthroughs in the field of mRNA technology.  These discoveries span all aspects of mRNA medicines—from the characteristics and design of the mRNA itself and the protein it encodes, to the technologies to deliver mRNA to patients safely and effectively.

ME1\61688467.v1

**ANSWER:** Given the scope, breadth, and vagueness of these allegations, BioNTech is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations in Paragraph 21.

22.     Built on that research, Moderna is developing medicines that could treat and prevent a wide range of diseases—from infectious diseases like influenza and HIV, to autoimmune and rare forms of cancer.

**ANSWER:** BioNTech is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations in Paragraph 22.

23.     On this journey, Moderna faced significant scientific challenges as mRNA molecules are long, unstable, and cause undesirable immune reactions, making them difficult to work with. Discovering new ways to use mRNA required innovative solutions to ensure stability and safe and effective delivery. Part of Moderna's foundational research included advancing the solution to one of the fundamental challenges with mRNA medicines—namely that the body's own immune system can recognize mRNA as a foreign substance and attack it. In 2010, Moderna scientists began studying new chemical modifications to the mRNA that could better avoid provoking an immune response. That work led to the discovery that mRNA molecules with a specific modification in which uridine is replaced with 1-methylpseudouridine were surprisingly superior to other chemically-modified mRNAs. A former top vaccine official at the U.S. Food and Drug Administration ("FDA") said that the chemical change Moderna pioneered is "the most important thing that people have done with mRNA vaccines."

**ANSWER:** BioNTech admits that developing mRNA vaccines presents significant challenges and that mRNA is extremely fragile. BioNTech is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this paragraph and therefore denies the remaining allegations in Paragraph 23.

24.     Moderna also invested heavily in the development of lipid nanoparticles, or LNPs, which serve as protective carriers for the modified mRNA. These advancements were critical to unlocking the lifesaving use of mRNA in vaccines.

**ANSWER:** BioNTech is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations of Paragraph 24.

25.     Starting in 2015, Moderna initiated its first-in-human dose of an mRNA vaccine (mRNA-1440), an H10N7 flu vaccine candidate. By 2017, Moderna initiated its first-in-human dosing for a combination vaccine to protect against both human metapneumovirus (hMPV virus) and parainfluenza virus. Then, in 2019, Moderna announced dosing the first antibody-encoded

7

mRNA in a clinical trial.  In short, since Moderna's founding in 2010, Moderna has been building the industry's leading mRNA technology platform.  These building blocks and continuous innovation are what positioned Moderna to achieve its swift and life-saving development of vaccines during a global pandemic.

**ANSWER:**  BioNTech is without knowledge or information sufficient to form a belief as to the

truth of the allegations and therefore denies the allegations of Paragraph 25.

### B.    Moderna's Betacoronavirus Vaccine Preparedness Platform

26.    Beginning in the mid-2010s, Moderna's infectious-disease group focused on building a betacoronavirus mRNA vaccine platform that could be used as a rapid-response system for future betacoronavirus outbreaks.  Around 2014, when MERS emerged as a serious betacoronavirus threat with a high fatality rate, Moderna identified MERS as an ideal prototype for pandemic preparedness. Scientists at Moderna pursued the then-unproven idea of using nucleoside-modified mRNA formulated in lipid nanoparticles to deliver a large, full-length coronavirus spike protein, reasoning that a successful MERS vaccine could establish a broader blueprint for other betacoronaviruses.

**ANSWER:**  BioNTech is without knowledge or information sufficient to form a belief as to the

truth of the allegations and therefore denies the allegations of Paragraph 26.

27.    Moderna tested its MERS mRNA-LNP vaccine preclinically *in vivo*.  Those studies produced striking results: the modified mRNA-LNP vaccines elicited strong neutralizing antibody immune responses and provided complete protection against viral challenge.  At a time when there was substantial skepticism that an mRNA-LNP vaccine could work for infectious disease—particularly using a full-length spike protein which experts in the field believed could counterintuitively *enhance* disease caused by a betacoronavirus—those data gave Moderna confidence that it had not merely a MERS vaccine candidate, but a workable betacoronavirus platform.  Moderna successfully obtained patents claiming its novel betacoronavirus mRNA-LNP vaccine platform.  During prosecution of BioNTech's asserted patent, Moderna's betacoronavirus platform vaccine patent family was used by the examiner as an anticipatory reference.

**ANSWER:**  BioNTech admits that the Examiner found the claims of the '899 patent to be

patentable in view of the purported Moderna prior art.  BioNTech is without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations and therefore

denies the remaining allegations of Paragraph 27.

28.    That betacoronavirus mRNA-LNP platform then guided the company's broader pandemic-preparedness efforts going forward.  When SARS-CoV-2 emerged, Moderna did exactly what this preparedness program had been built to enable: it pivoted from the prototype

ME1\61688467.v1

viruses to the new outbreak pathogen, using years of prior work on betacoronavirus full-length spike vaccines as the foundation for a rapid response.

**ANSWER:** BioNTech is without knowledge or information sufficient to form a belief as to the

truth of the allegations and therefore denies the allegations of Paragraph 28.

### C.    Moderna's Development of Spikevax®

29.    The SARS-CoV-2 virus, which can cause COVID-19, was first detected in December 2019. On January 10, 2020, the genetic sequence of the SARS-CoV-2 virus became public. Leveraging its decade of research and proprietary technologies, Moderna quickly responded when the pandemic struck, swiftly developing, manufacturing, and providing doses of Spikevax® to people around the world. Spikevax®, also referred to as the mRNA-1273 vaccine, uses Moderna's proprietary modified mRNA-LNP delivery technology and betacoronavirus preparedness platform, which Moderna developed and described years earlier, to deliver an mRNA for the full-length SARS-CoV-2 spike protein. For that groundbreaking work, Moderna's scientists were honored by the American Chemistry Society's 2022 Heroes of Chemistry Award, the highest honor for industrial chemical scientists, recognizing their "work developing formulations that protect against ... COVID-19."

**ANSWER:** BioNTech admits that SARS-CoV-2 virus can cause COVID-19 and was first

detected in December 2019. BioNTech further admits that the genetic sequence of the SARS-

CoV-2 virus became public on January 10, 2020. BioNTech is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations and therefore denies the

remaining allegations of Paragraph 29.

30.    Following the declaration of a public health emergency in early 2020, others were predicting that vaccine development could take years. But, based on its prior pandemic preparedness work, Moderna rose to the occasion and, on March 16, 2020, its Spikevax® COVID-19 vaccine was the first COVID-19 vaccine to be administered to a human patient in clinical trials, just two months after the genetic sequence for the virus that causes COVID-19 was published.

**ANSWER:** BioNTech admits that a public health emergency was declared in the United States

in early 2020. BioNTech is without knowledge or information sufficient to form a belief as to the

truth of the remaining allegations and therefore denies the remaining allegations of Paragraph 30.

31.    Moderna received emergency use authorization for Spikevax® in the U.S. from the FDA on December 16, 2020, less than a year after beginning development. On January 31, 2022, Moderna received full approval from the FDA for its Biologics License Application for Spikevax®.

9

ME1\61688467.v1

**ANSWER:** BioNTech denies that Moderna received emergency use authorization for SPIKEVAX® in the United States from the FDA on December 16, 2020. BioNTech admits that Moderna received full approval for SPIKEVAX® on January 31, 2022, more than five months after FDA granted the first full approval to BioNTech's and Pfizer's COMIRNATY® COVID-19 vaccine. BioNTech is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and therefore denies the remaining allegations of Paragraph 31.

32. BioNTech also developed an mRNA vaccine for COVID-19, in collaboration with its partner Pfizer, marketed under the brand name Comirnaty®. Comirnaty® uses the technology Moderna developed. BioNTech and Pfizer took four different candidates into clinical testing, including options using unmodified mRNA and domain-based candidates using RBD linked to fibritin (a protein from bacteriophage T4). On July 27, 2020, after Moderna's Spikevax® design and strong data were published, BioNTech and Pfizer announced they had chosen to advance a single COVID-19 vaccine candidate called "BNT162b2" to Phase II/III clinical trial – that vaccine is Comirnaty® and uses, without authorization, Moderna's mRNA-LNP platform with a full-length spike protein design.

**ANSWER:** BioNTech admits that in collaboration with Pfizer, BioNTech developed COMIRNATY®, an mRNA vaccine for COVID-19. BioNTech admits it successfully tested domain-based candidates in early-stage clinical trials alongside BNT162b2, i.e., COMIRNATY®. BioNTech denies that COMIRNATY® uses Moderna technology. Given the scope, breadth, and vagueness of these allegations, BioNTech is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and therefore denies the remaining allegations of Paragraph 32.

### D.    Moderna's Development of mNEXSPIKE®

33. Moderna did not rest on the success of Spikevax®. As early as January to February 2020, Moderna scientists had already begun discussing and designing approaches to potential domain-based SARS-CoV-2 vaccines, including a construct based on RBD linked to a transmembrane domain. Between around April and June 2020, Moderna obtained results from testing various domain-based vaccine candidates. Moderna identified one candidate, mRNA1283, as particularly promising and decided to move forward with clinical testing of that candidate as a potential next-generation domain-based SARS-CoV-2 vaccine.

10

**ANSWER:** BioNTech is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations of Paragraph 33.

34.    Rather than using an mRNA encoding the full-length spike protein (as in Spikevax®), mRNA-1283 is based on a chemically-modified mRNA encoding certain specific domains of both SARS-CoV-2 spike protein and of influenza virus hemagglutinin protein—the N-Terminal Domain ("NTD") of spike is linked to the Receptor Binding Domain ("RBD") of spike and the RBD is in turn linked with the influenza hemagglutinin transmembrane ("HATM").

**ANSWER:** BioNTech admits that, rather than using an mRNA encoding the full-length spike protein (as in Moderna's SPIKEVAX®), Moderna's mNEXSPIKE® (mRNA-1283) vaccine exploits BioNTech's streamlined, domain-based COVID-19 vaccine technology claimed and protected by the '899 patent. BioNTech is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and therefore denies the remaining allegations of Paragraph 34.

35.    While Moderna tested several other domain-based vaccine candidates through the early months of 2020, Moderna recognized that mRNA-1283, with its specific combination of domains from different viruses, was showing the most promise and decided to advance it to clinical trials. mRNA-1283 entered clinical trials on March 11, 2021. Moderna publicly disclosed its innovative domain-based approach in various published references.

**ANSWER:** BioNTech is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations of Paragraph 35.

36.    On September 30, 2024, Moderna submitted a Biologics License Application ("BLA") based on the successful outcome of the mRNA-1283 clinical trials. On May 30, 2025, the FDA approved mRNA-1283, under the brand name mNEXSPIKE®, for individuals 65 years old or older, and individuals between 12 and 64 years old at high risk for severe outcomes from COVID-19.

**ANSWER:** BioNTech admits that on May 30, 2025, the FDA approved mRNA-1283, under the brand name mNEXSPIKE®, for individuals 65 years old or older, and individuals between 12 and 64 years old at high risk for severe outcomes from COVID-19. BioNTech is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and therefore denies the remaining allegations of Paragraph 36.

11

37.    Since its approval, mNEXSPIKE® has seen remarkable success, accounting for approximately 24 percent of all 2025 U.S. retail COVID-19 vaccinations and approximately one third of retail COVID-19 vaccinations in adults aged 65 years and older.  mNEXSPIKE® has improved stability and elicits higher immune responses at lower doses (10 µg) compared to Spikevax® (50 µg).  mNEXSPIKE® was the first, and to this day remains the only, FDA approved domain-based mRNA vaccine for SARS-CoV-2, and the only domain based vaccine using any modality (mRNA or otherwise) for any betacoronavirus.

**ANSWER:**  BioNTech admits that Moderna touts mNEXSPIKE®'s immune response at a low dose and improved stability.  BioNTech further admits that there were no FDA-approved domain-based vaccines using any modality (mRNA or otherwise) prior to the incorporation of BioNTech's patented technology in mNEXSPIKE®; Moderna has already profited and will continue to profit from its unauthorized and unlicensed use of BioNTech's streamlined, domain-based COVID-19 vaccine technology.  BioNTech is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and therefore denies the remaining allegations of Paragraph 37.

## II.    BioNTech's '899 Patent

### A.    The '899 Patent Is Focused on Different Domain-Based Vaccine Candidates than mNEXSPIKE®

38.    While Moderna was developing the next-generation domain-based vaccine candidate that became mNEXSPIKE®, BioNTech went in a different direction.  Unlike the protein design in mNEXSPIKE®  which links the NTD of the spike protein to an RBD of the spike protein and in turn to a non-SARS-CoV-2 transmembrane domain (i.e., HATM from influenza), BioNTech tested constructs encoding a part of RBD of spike protein, without the NTD of spike protein and without HATM from influenza, but instead linked its RBD portion to a specific trimerization domain called fibritin (a protein from bacteriophage T4).  It also designed and tested its RBD portion linked to fibritin, which was additionally linked to a TM domain from the SARSCoV-2 spike protein.

**ANSWER:**  BioNTech denies the allegations of Paragraph 38.

39.    The '899 patent includes no disclosure relating to any domain-based construct that includes (1) NTD or (2) a non-SARS-CoV-2 TM domain (let alone one from influenza).

**ANSWER:**  BioNTech denies the allegations in Paragraph 39.

ME1\61688467.v1

40.    On information and belief, BioNTech closely monitored Moderna's research and publications regarding its domain-based vaccine progress.  For example, on information and belief, BioNTech was aware that mRNA-1283 entered clinical trials on March 11, 2021.

**ANSWER:**  BioNTech denies the allegations in Paragraph 40.

41.    Although the specification of the '899 patent focuses on very different domain-based vaccines to mNEXSPIKE®, on information and belief, BioNTech decided to seek an unearned windfall off of the back of Moderna's efforts.  On August 21, 2024, and only after Moderna published promising results with mRNA-1283, BioNTech amended the claims of the pending '899 patent in an improper attempt to cover Moderna's successful mNEXSPIKE® vaccine.

**ANSWER:**  BioNTech denies the allegations in Paragraph 41.

42.    The '899 patent was eventually granted on November 5, 2024, months after Moderna had already submitted its BLA for mNEXSPIKE®.

**ANSWER:**  BioNTech admits that the '899 patent was granted on November 5, 2024.  BioNTech

is without knowledge or information sufficient to form a belief as to the truth of the remaining

allegations and therefore denies the remaining allegations of Paragraph 42.

### B.    The Technology Described in the '899 Patent Was Known in the Field

43.    Numerous prior art references disclosed RBD domain-based approaches to betacoronavirus vaccines anticipating or rendering obvious the scope of the broad '899 patent claims prior to the earliest possible effective filing date of the '899 patent.

**ANSWER:**  BioNTech denies the allegations in Paragraph 43.

44.    While BioNTech argued during prosecution of the '899 patent that linking a portion of RBD to another domain was a novel idea, these arguments were misleading at best.  For example, the prior art reflected successful design and testing of numerous RBD domain-based vaccines, including ones that linked RBD to a trimerization domain and/or transmembrane domain across various vaccine modalities, including RNA, DNA, protein, among others; and across various betacoronaviruses, including SARS-CoV-2 and MERS.  BioNTech was aware of such prior art.

**ANSWER:**  BioNTech denies the allegations in Paragraph 44.

45.    BioNTech has taken the position that years before 2020 a skilled artisan reasonably would have expected that an mRNA vaccine would induce an immune response based on the results from non-mRNA vaccines, like DNA and saRNA, encoding the same antigen.  BioNTech has stated that "a POSA would reasonably expect that Schrum's mRNA vaccine [(i.e. Moderna's U.S. Patent App. Publication 2013/0266640)] could encode and express a betacoronavirus S protein" and "the prior art [(as of 2015)]… discloses that S protein-based vaccines induce an

ME1\61688467.v1

immune response—*in multiple vaccine modalities and against at least two betacoronaviruses*" (emphasis added).  BioNTech failed to disclose to the examiner during prosecution of the '899 patent the materially inconsistent positions it had taken in other proceedings.

**ANSWER:**  BioNTech states that the cited exhibits are the best evidence of their contents and speak for themselves, and accordingly denies any characterization of those exhibits.  BioNTech otherwise denies the allegations of Paragraph 45.

### C.    BioNTech's Attempts to Commercialize a Domain-Based Vaccine Failed

46.    BioNTech initially explored a domain-based vaccine in parallel with testing a full length spike vaccine.  On April 23, 2020, BioNTech supported by its partner Pfizer, entered phase 1/2 clinical trials with both a full-length construct (BNT162b2) and a construct linking an RBD portion to fibritin from bacteriophage T4 (BNT12b1), along with two other clinical candidates (a self-amplifying RNA vaccine and an RBD portion vaccine with unmodified uridine).  On September 9, 2020, BioNTech and Pfizer began a clinical trial for another domain-based vaccine candidate, utilizing mRNA encoding an RBD portion linked to fibritin (bacteriophage T4), in turn linked to SARS-CoV-2 transmembrane domain, in turn linked to a truncated cytoplasmic domain (BNT162b3).

**ANSWER:**  BioNTech admits it successfully tested domain-based candidates (BNT162b1 and BNT162b3) in early-stage clinical trials alongside BNT162b2, i.e., COMIRNATY®.  BioNTech admits that it prioritized COMIRNATY®'s development in order to meet the critical and immediate demands of the pandemic, and that COMIRNATY® went on to be the first COVID-19 vaccine to obtain an emergency use authorization and the first COVID-19 vaccine to obtain full FDA approval.  BioNTech denies the remaining allegations of Paragraph 46.

47.    Neither of these domain-based candidates ultimately panned out for BioNTech.  On July 27, 2020, BioNTech and Pfizer announced that they had chosen to advance a single COVID19 vaccine candidate, BNT162b2 encoding the full-length spike, to Phase II/III clinical trial.[25] BNT162b2 was eventually FDA authorized and approved as Comirnaty®.

**ANSWER:**  BioNTech admits that it prioritized COMIRNATY®'s development in order to meet the critical and immediate demands of the pandemic, and that COMIRNATY® went on to be the first COVID-19 vaccine to obtain an emergency use authorization and the first COVID-19 vaccine to obtain full FDA approval.  BioNTech denies the remaining allegations in Paragraph 47.

14

48.     On information and belief, BioNTech and Pfizer decided to advance the full-length spike protein vaccine over BNT162b1, encoding RBD portion linked to fibritin, because this domain vaccine was more reactogenic.

**ANSWER:**  BioNTech denies the allegations in Paragraph 48.

49.     BioNTech's very different ideas for a domain-based vaccine as compared to Moderna's did not prove successful.  On information and belief, BioNTech has abandoned any efforts to further develop and obtain regulatory approval for any of its domain-based vaccine ideas disclosed in the '899 patent.  And, on information and belief, to this day, BioNTech has not sought or obtained regulatory approval for any domain-based SARS-CoV-2 vaccine of any kind or, in fact, any next generation SARS-CoV-2 vaccine following Comirnaty®.

**ANSWER:**  BioNTech denies the allegations in Paragraph 49.

### COUNT I
### DECLARATORY JUDGMENT OF INVALIDITY AND/OR
### UNENFORCEABILITY OF THE '899 PATENT

50.     Moderna repeats and realleges paragraphs 1-49 above as if fully stated herein.

**ANSWER:**  BioNTech incorporates by reference its answer to Paragraphs 1-49 above as if fully

set forth herein.

51.     BioNTech has brought claims against Moderna alleging infringement of "one or more claims" of the '899 patent.

**ANSWER:**  BioNTech admits that it brought suit against Moderna for infringement of one or

more claims of the '899 patent on February 19, 2026.

52.     Moderna alleges that the claims of the '899 patent are invalid for failing to comply with the statutory prerequisites of Title 35 of the United States Code, including without limitation one or more of one or more of §§ 101, 102, 103, and/or 112, and/or any judicially created requirements for patentability and enforceability of patents, including obviousness type double patenting, and/or in view of the defenses recognized in 35 U.S.C. § 282.

**ANSWER:**  BioNTech denies the allegations of Paragraph 52.

53.     For example, with respect to §§ 102 and 103, the claims of the '899 patent are invalid in view of prior work in the field, including prior art patents and printed publications disclosing and/or rendering obvious the claimed SARS-CoV-2 mRNA vaccines based on domains of the spike protein.

**ANSWER:**  BioNTech denies the allegations of Paragraph 53.

15

ME1\61688467.v1

54.    For example, before the effective filing date, the prior art reflected design and testing of numerous RBD domain-based vaccines, including ones that linked RBD to a trimerization domain and/or transmembrane domain.

**ANSWER:**  BioNTech denies the allegations of Paragraph 54.

55.    As a further example, with respect to § 112, the claims of the '899 patent, as stretched to reach Moderna's mNEXSPIKE® vaccine, are invalid for lack of written description support, lack of enablement, and/or indefiniteness.

**ANSWER:**  BioNTech denies the allegations of Paragraph 55.

56.    Moderna is entitled to a declaratory judgment from this Court that each asserted claim of the '899 patent is invalid.

**ANSWER:**  BioNTech denies the allegations of Paragraph 56.

## COUNT II
### DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE '899 PATENT

57.    Moderna repeats and realleges paragraphs 1-56 above as if fully stated herein.

**ANSWER:**  BioNTech incorporates by reference its answer to Paragraphs 1-56 above as if fully

set forth herein.

58.    BioNTech has brought claims against Moderna alleging infringement of "one or more claims" of the '899 patent.

**ANSWER:**  BioNTech admits that it brought suit against Moderna for infringement of one or

more claims of the '899 patent on February 19, 2026.

59.    Moderna and its product mNEXSPIKE® has not infringed, is not infringing, and will not infringe any valid claim of the '899 patent, willfully or otherwise, directly or indirectly, either literally or by application of the doctrine of equivalents.  For example, Moderna's mNEXSPIKE® does not practice the limitations "wherein the polypeptide comprises: (a) one or more fragments of a SARS-CoV-2 Spike (S) protein, wherein one of the fragments comprises a receptor binding domain (RBD) … (c) one or more additional domains selected from a trimerization domain, a transmembrane domain, and a combination thereof" in independent claim 1 of the '899 patent.

**ANSWER:**  BioNTech denies the allegations of Paragraph 59.

60.    Moderna is entitled to a declaratory judgment that Moderna and its product mNEXSPIKE® has not, does not, and will not infringe, either directly or indirectly, and has not

16

infringed, either directly or indirectly, any valid claim of the '899 patent, either literally or under the doctrine of equivalents.

**ANSWER:** BioNTech denies the allegations of Paragraph 60.

## ATTORNEYS' FEES

61.    This is an exceptional case entitling Moderna to an award of their attorneys' fees incurred in connection with this action pursuant to 35 U.S.C. § 285.

**ANSWER:** BioNTech denies the allegations of Paragraph 61.

## DEMAND FOR JURY TRIAL

62.    Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Moderna hereby respectfully requests a jury trial on all issues and claims so triable.

**ANSWER:** BioNTech admits that pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, both BioNTech and Moderna request a jury trial on issues and claims so triable.

## PRAYER FOR RELIEF

BioNTech denies that Moderna is entitled to any relief, either as prayed for in its Counterclaims or otherwise.

BioNTech further denies each allegation contained in the Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Answer to Counterclaims.

## DEFENSES

BioNTech alleges and asserts the following defenses in response to the Counterclaims. BioNTech does not assume the burden of proof or burden of persuasion, in whole or in part, with respect to those matters that, under the law, Moderna bears the burden.

## FIRST DEFENSE

Each purported Count in the Counterclaims is barred for failure to state a claim on which relief can be granted.

ME1\61688467.v1

## SECOND DEFENSE

The '899 patent is valid and enforceable, and Moderna has infringed the '899 patent.

## THIRD DEFENSE

BioNTech's actions do not give rise to an exceptional case in Moderna's favor under 35 U.S.C. § 285.

## FOURTH DEFENSE

BioNTech has not knowingly or intentionally waived any applicable affirmative or other defenses and reserves the right to assert and rely upon such other affirmative and other defenses as may become available or apparent during discovery proceedings.  BioNTech further reserves the right to amend this Answer and/or defenses accordingly.


Dated: July 1, 2026

OF COUNSEL:

Arlene Chow
Ernest Yakob
Ramya Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas,
New York, NY 10020
(212) 906-1200
arlene.chow@lw.com
ernest.yakob@lw.com
ramya.vallabhaneni@lw.com

Jennifer Judson Esch
LATHAM & WATKINS LLP
505 Montgomery Street,
Suite 2000,
San Francisco, CA 94111
(415) 391-0600
jennifer.esch@lw.com

**MCCARTER & ENGLISH, LLP**

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff BioNTech SE*

18